Robert C. Huntley, ISB No. 894
Christopher F. Huntley ISB No. 6056
Huntley, Park, Thomas Burkett,
 Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
P.O. Box 2188
Boise, ID  83702
Telephone: (208) 388-1230
Fax : (208) 388-0234

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax:  (301) 261-8699

Attorneys for Snake River Valley Electric Association





**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACIFICORP, (Including UTAH POWER & LIGHT, a division),<br><br>　　　　Defendant,<br><br>STATE OF IDAHO, by and through ALAN G. LANCE, Attorney General,<br><br>　　　　Defendant-Intervenor. | Case No. CIV 96-0308-E-BLW<br><br>**EXPERT WITNESS DISCLOSURE BY PLAINTIFF OF RICHARD A. SLAUGHTER, Ph.D.** |

COMES NOW the Plaintiff and designates as one of its experts to testify on economic matters, particularly damages, Richard A. Slaughter, Ph.D.

1.    I am a consulting economist residing at 907 Harrison Blvd., Boise, Idaho, telephone number 208-850-1223.

2.    I have been a consulting economist to a number of organizations and litigants for approximately 17 years, and have testified as a forensic witness in both Federal and State courts and before the Idaho Public Utilities Commission on Cost of Capital and Avoided Costs.

3.    Attached hereto as Appendix A is my curriculum vitae and attached hereto as Appendix B is a listing of recent cases.

4.    I will be providing testimony which calculates the losses which the Plaintiff has suffered by virtue of its not having received wheeling services in accordance with its Complaint filed in this action both with respect to a source of power in the period from May 1996 through April 1997 from Idaho Power, and from May 1997 through April 2002 from Enron.

5.    The specific calculation of those damages is dependent upon receipt of additional data which is the subject of current discovery requests by Plaintiff to PacifiCorp. Until that data is received, final figures cannot be calculated, but preliminarily, it is estimated that the Plaintiff's losses will be in excess of $20 Million over the subject period.

6.    In general terms, the calculation will take into consideration the cost differential between demand and energy supplied by PacifiCorp and that provided for in contracts with Idaho Power Company and Enron on a equivalent service basis. Further considerations will include wheeling costs and other expenses which will or would have been necessarily incurred by Plaintiff.

7.    This report and disclosure will be supplemented with detailed calculations shortly

after the final data is received from PacifiCorp.

DATED this 21 day of December, 2001

RASLut

Richard A. Slaughter, Ph.D.

STATE OF   IDAHO      )
                                          ) ss.
County of Ada            )

On this 21 day of December, 2001, before me, the undersigned, a Notary Public in and for said State, personally appeared RICHARD A. SLAUGHTER, known or identified to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Notary Public for Idaho
Residing at Meridian
My commission expires: 1-26-02

Respectfully submitted this 21 day of December, 2001.

Wheatley & Ranquist

Charles F. Wheatley, Jr.

Huntley, Park, Thomas Burkett,
Olsen & Williams, L.L.P.

Robert C. Huntley

Counsel for SRVEA

EXPERT WITNESS DISCLOSURE BY PLAINTIFF OF RICHARD A. SLAUGHTER, Ph. D. - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __21__ day of December, 2001, a true and correct copy of the foregoing document was served on the below listed individuals by the method indicated below:

Mary S. Hobson, ISB#2142
STOEL RIVES
101 South Capitol Blvd., Suite 1900
Boise, ID 83702
**Fax: 389-9040**

___ Hand Delivered
___ U.S. Mail
___ Overnight Mail
_X_ Facsimile

John M. Eriksson, Esq.
STOEL RIVES
One Utah Center
201 S. Main St. Suite 1100
Salt Lake City, UT 84111
**Fax: 801-578-6999**

___ Hand Delivered
___ U.S. Mail
___ Overnight Mail
_X_ Facsimile

Brett T. DeLange
Deputy Attorney General
Consumer Protection Unit
Office of the Attorney General
Len B. Jordan Building, Lower Level
700 West Jefferson Street, Room 210
P. O. Box 83720
Boise, ID 83720-0010
**Fax: 334-2830**

___ Hand Delivered
___ U.S. Mail
___ Overnight Mail
_X_ Facsimile

Robert C. Huntley

### Richard A. Slaughter

#### *Current Position*

*President*, RSA, Inc., dba **Richard Slaughter Associates,** 1984 - present. RSA engages in international and domestic economic consulting involving strategic planning support, utility regulation, public finance, economic valuation, and tax structure. Clients have included Idaho cities and counties, the Treasurer of the State of Idaho, Fortune 500 companies, universities, international consulting firms, and attorneys.

Richard Slaughter Associates                                            208 850-1223
907 Harrison Blvd.                                                    Fax 208 345 9646
Boise, ID 83702-4052                                       email: richard@rsaboise.com

#### *Education*

B. A.   Political Science, University of Idaho, 1966.
M. A.   International Relations, University of Denver, 1968.
Ph. D.  International Politics, Graduate School of International Studies,
        University of Denver, 1974.

Academic Fields: International Law, Organization, and Economics; dissertation written on economic conditions of political integration in Europe.

#### *Prior Experience*

*Director,* **Martin Institute** for Peace Studies and Conflict Resolution, University of Idaho, 1996 - 2000. The Martin Institute is an inter-disciplinary center focused on research into sources of international and sub-national conflict, education on conflict resolution, and expanded utilization of alternative dispute resolution techniques.

*Chief Economist,* Division of Financial Management (DFM), State of Idaho, 1980 - 1984. Directed staff of M.A. and Ph.D. economists in economic and revenue forecasting; population estimates and projections; tax policy development.
  · Director, Governor's Economic Research Council, 1983-84. Chaired by Cecil D. Andrus. The report generated by this Council, written largely by Richard Slaughter, was instrumental in guiding policy adopted by the later Andrus administration.
  − Served on committees of the National Governor's Association and Council of State Planning Agencies relating to tax policy, statistical policy, and automation of information delivery.

*Economist,* Executive Office of the Governor, 1976-79.
  − Developed the Idaho Economic Model and associated models for economic forecasting, revenue projections, income distribution, Medicaid costs, welfare caseload, etc.
  · Edited and published the *Idaho Economic Forecast* and the *Idaho Outlook*.
  − Chairman, Federal-State Cooperative Program for Population Projections, 1979-80.
  − Prepared zero-based budgeting procedures for DFM and provided training to staff.

*Adjunctive Associate Professor,* Political Science and Economics, Boise State University, 1976-78, 1984. Courses taught included Micro and Macro Economics, American Government, Public Policy Formulation (graduate), and Public Budgeting (graduate).

*Assistant Professor of Political Science,* West Georgia College, Carrollton, Georgia, 1972-76. Courses included American Government, International Relations, International Law and Organization, Western Europe, and the Politics of Oil.

# Appendix A

Richard A. Slaughter
Page 2

*Instructor,* Colorado Woman's College, Denver, Colorado, 1972. Courses taught included International Economics, Introductory Economics, West European Comparative Politics, and Asian Comparative Politics.

*Classroom teacher,* Boise High School, Boise, Idaho, 1968-70. American Government, Economics, and World Politics.

### Selected Recent Consulting Activity

*International Consulting:* Richard Slaughter recently served as interim Chief of Project and international economist for an Asian Development Bank project in Kyrgyzstan dealing with tax structure and social service delivery. In 1998 he consulted on revenue and economic forecasting models as part of a budgetary reform project for the Agency for Strategic Planning of the Republic of Kazakhstan.

*Climate Change:* Richard Slaughter is currently undertaking an analysis of the impact of climate change on energy and water related law and institutions in the Pacific Northwest as part of a larger project on climate change impacts. The study is organized by the Climate Impacts Group at the University of Washington, under sponsorship of the National Oceanic and Atmospheric Administration (NOAA).

*Economic Valuation and feasibility:* Richard Slaughter has performed economic loss analyses for clients in cases ranging from lost earnings and lifetime care costs to disparate impact, in employment, personal injury, and wrongful death cases. He has also performed feasibility studies on several projects, including a proposed siting of a regional shopping mall.

*Utility Regulation:* RSA has served as economic consultant to small power producers in numerous Idaho Public Utilities Commission cases, in the areas of cost of capital, avoided cost methodology, and ratepayer security.

*Public Finance:* Richard Slaughter served as internal financial consultant to the Idaho State Treasurer in 1982 and 1983; as financial consultant to Bankers Trust Company in 1985; and to the Idaho State Treasurer in 1986 with regard to issuance of tax anticipation notes. In 1982 and 1983, as Chief Economist of the State, Richard Slaughter designed and lobbied significant changes in tax law to facilitate solution of difficulties resulting from state revenue shortfalls.

*Revenue Forecasting/Estimation:* RSA has helped clients investigate the relationship of their businesses to their respective markets, and prepared a model for the City of Boise to estimate retail sales within the city limits from a variety of other data.

*Resource Valuation:* RSA has completed studies and provided testimony to the Idaho Land Board on resource values relative to leasing of public lands.

*Public Policy Research/Education:* RSA has completed studies on education and economic development, and provided input to statewide study groups on education reform. Richard Slaughter played an active role in education reform in Idaho from 1988 through 1994, coordinating efforts to improve the use and availability of technology and discussion of non-traditional education structures, including charter schools.

*Resource Modeling and valuation:* RSA has prepared complex commodity price and optimization models for a local multinational corporate client, and has analyzed the economic impact and value of natural resources in the economy.

Richard A. Slaughter
Page 3

### Publications and Papers (does not include research of RSA, Inc.)

"Economic and Civil Development: Through a Kyrgyz Lens," *The National Interest*, Spring 2002 (forthcoming).

"Institutions, Institutional Change, and Climate Policy" University of Washington, Climate Impacts Group. Submitted for publication, 2001.

"Institutional Adaptation to Climate Variability: Allocation of Water in the Snake River Basin, 1890-2000." (University of Washington, Climate Impacts Group; in preparation)

"On the Nature of Government: An Inquiry into Transactions Costs and Political Structures," Occasional paper of the Martin Institute for Peace Studies and Conflict Resolution, 1997. http://www.martin.uidaho.edu

"The Idaho Economy," chapter in *The Idaho Entrepreneur's Guide*, Neil S. Gough et. al., ed. (forthcoming).

*Revolution and Technology in Education.* Unpublished paper, 1990. Portions published in *The IEA Tech Reporter*, Journal of the Idaho Education Association College of Education Technology, 1994.

"Dynamics of Education and Economic Growth, with Special Reference to Idaho." *Proceedings* of the Pacific Northwest Regional Economic Conference, Corvallis, OR, April 27 29, 1989.

*Education and the Idaho Economy: The Dynamics of Education and Economic Growth in Idaho.* Report of the Idaho Business Council subcommittee on education, 1989.

Ed., *Report of the Governor's Economic Research Council on the Idaho Economy.* Boise: Division of Financial Management, 1984.

"Idaho in Transition, 1970 - 2000." Featured address to the *Idaho 2000 Symposium*, University of Idaho, Moscow, Idaho. October 20, 1983. *Idaho Economic Forecast*, Vol. V, No. 3, Autumn 1983.

"Statistical Quality Impacts of Federal Budget Reductions." Invited testimony delivered to the House Subcommittee on Census and Population, March 16, 1982.

Publisher, the *Idaho Outlook*, 1981 84. Published monthly as an economic and General Account revenue update.

Editor and publisher, the *Idaho Economic Forecast*, 1979 - 84. Published three to four times a year since 1979. Incorporates detail and summary economic forecasts, alternative scenarios, forecast narrative, and invited articles.

"Idaho State Sales Tax Forecasting." Invited paper for the *Proceedings* of the 1979 National Association of Tax Administrators Conference on Revenue Estimating, Washington, D. C.: Federation of Tax Administrators, 1980.

### Public and Professional Service, Honors

Life member, Council on Foreign Relations, New York, NY.

Listed in *Who's Who in America*, 56th ed.

Co-Founder, *American Committees on Foreign Relations*, Washington, DC, 1995.

Treasurer, *American Committees on Foreign Relations*, Washington, DC, 1995 - 2001.

President, *Treasure Valley Economics Association*, 1993 - 1996.

Director, *Boise Committee on Foreign Relations*, in affiliation with the *Council on Foreign Relations*, New York, N. Y. 1989 - 1995, and *American Committees on Foreign Relations*, Washington, D.C., 1995 -  present.

Advisory Board, *Martin Institute for Peace Studies and Conflict Resolution*, University of Idaho, 1992 - 1996. Chairman, Executive Committee, 1995 - 1996.

Board of Directors, *Boise Kiwanis Club*, 1991 1995.



Richard A. Slaughter
Page 4

Board of Directors, *Capitol Youth Soccer Association*, 1980 - 89. Commissioner of Soccer, 1983-86.

December 2001

Listing of civil cases, not including regulatory commission proceedings, in which
Richard A. Slaughter has testified, at trial or deposition, since January 1997:

| Year Attorney | | Case/Plaintiff | Trial | Deposition |
|---|---|---|---|---|
| 1997 R. Huntley | Plaintiff | Brockman, et al. v. Sun Valley | No | Yes |
| 1997 M. Wight | Plaintiff | Thurston v. Morgan | No | Yes |
| 1997 T. Maile | Defendant | Reinert v. Reinert | Yes | No |
| 1997 D. Lojek | Plaintiff | Cable v. Tate | Yes | No |
| 1997 B. Green | Plaintiff | Kovash v. M.K. Rail | No | Yes |
| 1998 D. Bailey | Plaintiff | DuBoise v. Wilson, et al. | Yes | No |
| 1998 B. Bistline | Plaintiff | Loughmiller v. Wells | No | Yes |
| 1998 S. Olsen | Plaintiff | Goodman v. Dennis Dillon | Yes | Yes |
| 1998 R. Huntley | Plaintiff | Piccola v. Zilog | No | Yes |
| 1998 R. Huntley | Plaintiff | Denning et al v. Linella | Yes | Yes |
| 1999 J. Lynch | Defendant | Wiscombe v. Mullen Crane | Yes (settled) | No |
| 1999 R. Huntley | Plaintiff | Andreason et al. v. EOSU | Yes | Yes |
| 1999 J. Lynch | Plaintiff | Wasilewski | No | Yes |
| 1997- R. Huntley 2000 | Plaintiff | ISEEO vs. State of Idaho | Yes | Yes (2) |
| 1997- R. Huntley 2000 | Plaintiff | Enger v. Orkin | Settled | Yes |
| 2000 D. Williams | Plaintiff | Schindler  v. Bledsoe Construction | Settled | Yes |
| 2000 R. Babb | Plaintiff | Gregory v. Sunnar | Settled | No |
| 2000 G. Gilman | Plaintiff | Hickman v. Les Schwab | | Yes |
| 2000 S. Olsen | Plaintiff | Haroin et al v. Zamzow | No | Yes |
| 2001 D. Carnahan | Plaintiff | Alvarez v. Johnson | Yes | No |
| 2001 R. Huntley | Plaintiff | Mock v. Baxter | Yes | Yes |
| 2001 L. Lynch | Defendant | Majors v. Blue Cross | Pending | Pending |

Appendix B