David J. Jordan (Utah Bar #1751)
John M. Eriksson (Utah Bar #4827)
Marc T. Rasich (Utah Bar #9279)
STOEL RIVES LLP
201 South Main Street, #1100
Salt Lake City, Utah 84111-4904
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Mary S. Hobson
Erik F. Stidham
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, Idaho 83702-5958
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant PacifiCorp

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICORP,<br><br>Defendant,<br><br>STATE OF IDAHO, by and through ALAN G. LANCE, Attorney General,<br><br>Defendant-Intervenor. | Case No. CV 96-0308-E-BLW<br><br>**SUPPLEMENTAL AFFIDAVIT OF DAVID B. CORY IN SUPPORT OF PACIFICORP'S MOTION FOR SUMMARY JUDGMENT** |



| | |
|---|---|
| STATE OF OREGON | ) |
| | ) ss. |
| COUNTY OF MULTNOMAH | ) |

David B. Cory, being duly sworn, deposes and states as follows:

1. I am a Transmission Account Manager for PacifiCorp with responsibility over arranging for transmission services for requesting entitles.

2. I have personal knowledge of the facts set forth below except where indicated and, as to those facts, I believe them to be true to the best of my information, knowledge and belief.

3. Attached hereto is a true copy of John Mooney's January 2, 1996 letter in response to Snake River's December 18, 1995 letter. The letter reflects various blind copy recipients of the letter along with instructions. To my knowledge, Snake River never responded to the letter.

4. To the best of my knowledge, Snake River never filed an application under either of the two tariffs PacifiCorp has on file at FERC pursuant to Order No. 888 as Colin Persichetti requested in his letter dated February 16, 1996. To the best of my knowledge, Snake River did not respond to PacifiCorp's February 16, 1996 letter at all — except by filing this lawsuit.

Dated this ____ day of January, 2002.

                                                          David B. Cory

Subscribed and sworn to before me this ____ day of January, 2002.

                                                          Notary Public

David B. Cory, being duly sworn, deposes and states as follows:

1. I am a Transmission Account Manager for PacifiCorp with responsibility over arranging for transmission services for requesting entitles.

2. I have personal knowledge of the facts set forth below except where indicated and, as to those facts, I believe them to be true to the best of my information, knowledge and belief.

3. Attached hereto is a true copy of John Mooney's January 2, 1996 letter in response to Snake River's December 18, 1995 letter. The letter reflects various blind copy recipients of the letter along with instructions. To my knowledge, Snake River never responded to the letter.

4. To the best of my knowledge, Snake River never filed an application under either of the two tariffs PacifiCorp has on file at FERC pursuant to Order No. 888 as Colin Persichetti requested in his letter dated February 16, 1996. To the best of my knowledge, Snake River did not respond to PacifiCorp's February 16, 1996 letter at all — except by filing this lawsuit.

Dated this 10 day of January, 2002.

_____
David B. Cory

Subscribed and sworn to before me this 10 day of January, 2002.

SUPPLEMENTAL AFFIDAVIT OF DAVID B. CORY IN SUPPORT OF
PACIFICORP=S MOTION FOR SUMMARY JUDGMENT - 2

_Melinda A. Morris_
Notary Public



## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of January, 2002, I caused a true and correct copy of the foregoing **SUPPLEMENTAL AFFIDAVIT OF DAVID B. CORY IN SUPPORT OF PACIFICORP'S MOTION FOR SUMMARY JUDGMENT** to be sent to the following as instructed:

>Robert C. Huntley
>Christopher F. Huntley
>Huntley, Park, Thomas, Birkett,
> Olsen & Williams, L.L.P.
>250 So. 5th Street, Suite 660
>P.O. Box 2188
>Boise, Idaho  83702
>
>Charles F. Wheatley, Jr.
>Wheatley & Ranquist
>34 Defense Street
>Annapolis, MD  21401
>
>Brett DeLange
>Deputy Attorney General
>Consumer Protection Unit
>Office of the Attorney General
>700 W. Jefferson St., Rm. 210
>P.O. Box 83720
>Boise, ID  83720-0010

# ◆ PACIFICORP
## ONE UTAH CENTER

**JOHN E. MOONEY**
Senior Vice President

201 SOUTH MAIN • SUITE 2300 • SALT LAKE CITY, UTAH 84140-0023 • (801) 220-2655 • FAX (801) 220-4217

January 2, 1996

Received

JAN 25 1996

Contract Administration

Mr. Del Ray Holm
Snake River Valley Electric Association
13586 North 45th East
Idaho Falls, Idaho 83401

Dear Mr. Holm:

I am in receipt of your letter dated December 18, 1995 requesting transmission service. I have forwarded your letter to Mr. Dennis Steinberg, who is a Senior Vice President of PacifiCorp and is responsible for transmission services as well as wholesale sales.

Further discussion of this request should be held with Mr. Steinberg, who can be reached at:

> PacifiCorp
> 700 N.E. Multnomah
> Portland, Oregon 97232
> Telephone  503-731-2157

Very truly yours,

John Mooney

cc:   Dennis Steinberg

*[Margin note, left side, vertical:]* Rec'd by Persichetti 1/25/96 Copied for: Bayless, Embler, Johannsen, Kaake-SPCC, J.D. Miller-SPCC, Stamper, Watters, Weaver, Beezley, T. Lee-SPCC  Note: Bayless to verify transmission capacity. Beezley to prepare Service Agreement.  File: Snake River Valley Electric Association, OV-10