David J. Jordan (Utah Bar #1751)
John M. Eriksson (Utah Bar #4827)
Marc T. Rasich (Utah Bar #9279)
STOEL RIVES LLP
201 South Main Street, #1100
Salt Lake City, Utah 84111-4904
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Mary S. Hobson (ISB# 2142)
Erik F. Stidham (ISB #5483)
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, Idaho 83702-5958
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant PacifiCorp

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICORP (Including UTAH POWER & LIGHT COMPANY, a division),<br><br>Defendant,<br><br>STATE OF IDAHO, by and through ALLEN G. LANCE, Attorney General,<br><br>Defendant-Intervenor. | Case No. CV 96-0308-E-BLW<br><br>**AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE OF RICHARD A. SLAUGHTER** |

I, Mary S. Hobson, being first duly sworn, state as follows:

1. I am one of the attorneys representing Defendant PacifiCorp in the above-captioned matter. The facts presented in this affidavit are based upon my personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the Articles of Incorporation of Snake River Valley Electric Association, Inc.

3. Attached hereto as Exhibit "B" is a true and correct copy of the Corporate Reinstatement Certificate issued to Snake River Valley Electric Association by the Department of State for the State of Idaho on August 22, 1997.

4. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Answers To Defendant's First Set of Interrogatories and Request for Production of Document, dated August 11, 1997.

5. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's Answers to PacifiCorp's Third Set of Interrogatories and Request for Production of Documents, dated November 16, 2001.

6. Attached hereto as Exhibit "E" is a true and correct copy of Plaintiff's Supplement to Answers to PacifiCorp's First, Second And Third Sets of Interrogatories and Request for Production of Documents, dated February 21, 2002.

7. Attached hereto as Exhibit "F" is a true and correct copy of relevant excerpts from the transcript of the Deposition of Richard A. Slaughter, Ph.D., taken on March 19, 2002.

8. Attached hereto as Exhibit "G" is a true and correct copy of the Expert Witness Disclosure By Plaintiff of Richard A. Slaughter, Ph.D., dated December 21, 2001.

9. Attached hereto as Exhibit "H" is a true and correct copy of the letter sent by Marc T. Rasich, counsel for PacifiCorp, to Charles F. Wheatley, Jr. and Robert Huntley, counsel for Snake River Valley Electric Association, dated January 8, 2002.

10. Attached hereto as Exhibit "I" is a true and correct copy of the letter sent by Charles F. Wheatley, Jr. and Robert Huntley, counsel for Snake River Valley Electric Association, to Marc T. Rasich, counsel for PacifiCorp, dated January 15, 2002.

11. Attached hereto as Exhibit "J" is a true and correct copy of the letter from Marc T. Rasich, counsel for PacifiCorp, to Charles F. Wheatley, Jr. and Robert Huntley, counsel for Snake River Valley Electric Association, dated January 18, 2002.

12. Attached hereto as Exhibit "K" is a true and correct copy of the expert report prepared by Dr. Richard A. Slaughter for Snake River Valley Electric Association, dated March 8, 2002.

13. Attached hereto as Exhibit "L" is a true and correct copy of the Power Purchase and Sale Agreement entered into between Enron Power Marketing, Inc. and Snake River Valley Electric Association, with an Effective Date of February 27, 1997.

14. Attached hereto as Exhibit "M" is a true and correct copy of the By-Laws for Snake River Valley Electric Association, Inc.

15. Attached hereto as Exhibit "N" is a true and correct copy of relevant excerpts from the transcript of the Deposition of Carl Palmer, in his capacity as an individual and in his capacity as a designated witness under Federal Rule of Civil Procedure 30(b)(6), taken on March 21, 2002.

16. Attached hereto as Exhibit "O" is a true and correct copy of relevant excerpts from the transcript of the Deposition of Del Ray Holm, in his capacity as an individual and in his capacity as a designated witness under Federal Rule of Civil Procedure 30(b)(6), taken on March 22, 2002.

Further this affiant sayeth naught.

DATED THIS 25th day of March, 2002.

STOEL RIVES LLP

_____
Mary S. Hobson

SUBSCRIBED AND SWORN TO before me this 25th day of March, 2002.



_____
Notary Public for Idaho
Residing at Boise, Idaho
My commission expires: 03/13/04

**AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE OF RICHARD SLAUGHTER – 4**
SaltLake-169230.1 0019436-00149

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2002, I caused a true and correct copy of the foregoing AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE OF RICHARD SLAUGHTER (without exhibits) to be faxed to the following; on the 26th day of March, 2002, I caused a duplicate copy, including exhibits to be delivered as follows:

via hand-delivery to the following:

> Robert C. Huntley
> Christopher F. Huntley
> Huntley, Park, Thomas, Burkett,
>  Olsen & Williams, L.L.P.
> 250 So. 5th Street, Suite 660
> P.O. Box 2188
> Boise, Idaho  83702
>
> Brett DeLange
> Deputy Attorney General
> Consumer Protection Unit
> Office of the Attorney General
> 700 W. Jefferson St., Rm. 210
> P.O. Box 83720
> Boise, ID 83720-0010

and by overnight delivery to:

> Charles F. Wheatley, Jr.
> Wheatley & Ranquist
> 34 Defense Street
> Annapolis, MD  21401

_____
Mary S. Hobson, Of the Firm