

David J. Jordan (Utah Bar #1751)
John M. Eriksson (Utah Bar #4827)
Marc T. Rasich (Utah Bar #9279)
STOEL RIVES LLP
201 South Main Street, #1100
Salt Lake City, Utah 84111-4904
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Mary S. Hobson (ISB #2142)
Erik F. Stidham (ISB #5483)
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, Idaho 83702-5958
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant PacifiCorp

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PACIFICORP, (Including UTAH POWER & LIGHT COMPANY, a division),<br><br>　　　　　　Defendant,<br><br>STATE OF IDAHO, by and through ALLEN G. LANCE, Attorney General,<br><br>　　　　　　Defendant-Intervenor. | Case No. CV 96-0308-E-BLW<br><br>**AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO FILE OVER LENGTH MEMORANDUM IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE OF RICHARD A. SLAUGHTER** |



State of Idaho       )
                     ) ss.
County of Ada        )

I, Mary S. Hobson, being duly sworn, depose and say:

1. On March 8, 2002, Snake River Valley Electric Association, Inc. ("Snake River") served PacifiCorp dba Utah Power & Light Company ("PacifiCorp") with a "supplemental" expert report from Dr. Richard Slaughter (the "New Slaughter Report").

2. The New Slaughter Report contains a new damages theory that was not previously disclosed by Snake River within the court-imposed deadline for the disclosure of expert reports, asserts an injury which is not an antitrust injury which Snake River has standing to claim, lacks foundation, and is based upon speculation and conjecture. The New Slaughter Report violates Federal Rule of Civil Procedure 26 and Federal Rules of Evidence 402, 403 and 702.

3. Instead of filing separate motions to strike the New Slaughter Report for each of these violations, PacifiCorp has concluded that the interests of judicial economy would be better served if all challenges to the New Slaughter Report are addressed in one motion. This decision by PacifiCorp is based upon its assumption that this Court would prefer one memorandum addressing all related issues rather than several, separate memoranda all relating to the deficiencies in the New Slaughter Report.

4. The fact that PacifiCorp's Motion to Strike Plaintiff's Expert Witness Disclosure of Richard A. Slaughter ("Motion to Strike") encompasses all legal deficiencies in the New Slaughter Report, unfortunately, requires a supporting memorandum of greater than twenty pages in order to fully and precisely address the legal and factual aspects of each ground for

striking the report. In part, this is due to the fact that there are many alternate bases for striking the New Slaughter Report.

5. Therefore, in the interest of fully and adequately addressing all of the legal grounds for striking the New Slaughter Report, we have been unable to reduce Defendants' memorandum to twenty pages without compromising the substantive arguments on our client's behalf.

6. Considerable efforts have been taken to reduce PacifiCorp's motion in support of its Motion to Strike to its current length, including the omission of some facts and legal arguments supportive of PacifiCorp's position.

Further this affiant saith not.

EXECUTED this 25th day of March, 2002.

By: _____
Mary S. Hobson

SUBSCRIBED AND SWORN TO BEFORE ME this 25th day of March, 2002.

_____
Notary Public of Idaho
Residing at: Boise, Idaho
My Commission Expires: 03/13/04



AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO FILE OVER
LENGTH MEMORANDUM IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S
EXPERT WITNESS DISCLOSURE OF RICHARD SLAUGHTER - 3
SaltLake-169218.1 0019436-00149

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2002, I caused a true and correct copy of the foregoing AFFIDAVIT OF MARY S. HOBSON IN SUPPORT OF PACIFICORP'S MOTION TO FILE OVER LENGTH MEMORANDUM IN SUPPORT OF PACIFICORP'S MOTION TO STRIKE PLAINTIFF'S EXPERT WITNESS DISCLOSURE OF RICHARD SLAUGHTER via facsimile to the following; on the 26th of March, 2002, I delivered a duplicate copy of the above document as instructed:

via hand-delivery to the following:

> Robert C. Huntley
> Christopher F. Huntley
> Huntley, Park, Thomas, Burkett,
>  Olsen & Williams, L.L.P.
> 250 So. 5th Street, Suite 660
> P.O. Box 2188
> Boise, Idaho  83702
>
> Brett DeLange
> Deputy Attorney General
> Consumer Protection Unit
> Office of the Attorney General
> 700 W. Jefferson St., Rm. 210
> P.O. Box 83720
> Boise, ID 83720-0010

and by overnight delivery to:

> Charles F. Wheatley, Jr.
> Wheatley & Ranquist
> 34 Defense Street
> Annapolis, MD  21401

*/s/ Mary S. Hobson*
Mary S. Hobson, Of the Firm