**ORIGINAL**

02 APR -2 ·· ·· ··

·· ·· ·· ··

David J. Jordan (Utah Bar #1751)
John M. Eriksson (Utah Bar #4827)
Marc T. Rasich (Utah Bar #9279)
STOEL RIVES LLP
201 South Main Street, #1100
Salt Lake City, Utah 84111-4904
Telephone: (801) 328-3131
Facsimile: (801) 578-6999

Mary S. Hobson (ISB #2142)
Erik F. Stidham (ISB #5483)
STOEL RIVES LLP
101 S. Capitol Blvd., Suite 1900
Boise, Idaho 83702-5958
Telephone: (208) 389-9000
Facsimile: (208) 389-9040

Attorneys for Defendant PacifiCorp

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICORP,<br><br>Defendant,<br><br>STATE OF IDAHO, by and through ALAN G. LANCE, Attorney General,<br><br>Defendant-Intervenor. | Case No. CV 96-0308-E-BLW<br><br>**AFFIDAVIT OF F. ROBERT STEWART IN SUPPORT OF PACIFICORP'S MOTION IN LIMINE REGARDING EVIDENCE PERTAINING TO OWNERSHIP OF PACIFICORP LINE EXTENSIONS** |

AFFIDAVIT OF ROBERT STEWART IN SUPPORT OF PACIFICORP'S MOTION IN
LIMINE REGARDING EVIDENCE PERTAINING TO OWNERSHIP OF PACIFICORP LINE EXTENSIONS

SaltLake-168510.1 0019436-00149

STATE OF OREGON          )
                         )  ss.
COUNTY OF MULTNOMAH      )

F. Robert Stewart, being first duly sworn, deposes and states as follows:

1.    I am a Regulatory Consultant employed by PacifiCorp with responsibility over tariff filings and training regarding tariff provisions.

2.    The attached copies of tariff sheets are true and correct copies of tariff sheets previously filed with and approved by the Idaho Public Utilities Commission. They were created in the ordinary course of PacifiCorp's business contemporaneously by persons with knowledge of the facts contained therein. They have been retained by PacifiCorp in the ordinary course of its business.

DATED this __2__ day of April, 2002.



F. Robert Stewart

Subscribed and sworn to before me this __2__ day of April, 2002.



NOTARY PUBLIC
Residing at _Multnomah County_

My Commission expires:

__Aug 2, 2002__

OFFICIAL SEAL
KATHLEEN M SAUER
NOTARY PUBLIC - OREGON
COMMISSION NO. 314715
MY COMMISSION EXPIRES AUG. 2, 2002

AFFIDAVIT OF F. ROBERT STEWART IN SUPPORT OF PACIFICORP'S MOTION IN LIMINE REGARDING EVIDENCE PERTAINING TO OWNERSHIP OF PACIFICORP LINE EXTENSIONS - 1

SaltLake-168510.1 0019436-00149

**Exhibits to Affidavit of F. Robert Stewart
In Support of PacifiCorp's Motion in Limine
Regarding Evidence Pertaining To Ownership of
PacifiCorp Line Extensions Filed April 2, 2002**



I.P.U.C. No. 28

## ELECTRIC SERVICE REGULATION NO. 12

## STATE OF IDAHO

### Line Extensions

1. **CONDITIONS AND DEFINITIONS**

   (a) **Contracts --** Before building an Extension, the Company may require the Applicant to sign a contract. Where a tenant occupies the service location, the Company may require the property owner to sign the contract.

   (b) **Contract Minimum Billing --** The Contract Minimum Billing is the greater of: (1) the Customer's monthly bill; or (2) 80% of the Customer's monthly bill plus the Facilities Charges. Customers on a seasonal rate receive an annual Contract Minimum Billing of the greater of (1) the Customer's annual bill; or (2) 80% of the Customer's annual bill plus the Annual Facilities Charge. The Annual Facilities Charge is twelve (12) times the Facilities Charges. Any Contracted Minimum Billings shall begin upon the date service is first delivered or 30 days after the completion of the extension whichever occurs first, as determined by the Company, unless a later date is mutually agreed upon.

   (c) **Engineering Costs --** The Company includes designing, engineering and estimating in its Extension Costs. The Company will provide these services at no charge unless it determines the extension is large, complex or speculative.

   For large, complex or speculative Extensions, the Applicant or Customer must advance the Company s estimated Engineering Costs, but not less than the minimum specified in Schedule 300. The Company will apply this advance payment to its Extension Costs. If the Extension Allowance exceeds the Extension Costs, the Company will refund the excess up to the amount of the Applicant s or Customer s advance.

   (Continued)

Submitted Under Advice Letter No. 00-06

**ISSUED:** July 14, 2000                    **EFFECTIVE:** August 15, 2000



**I.P.U.C. No. 28**

**Fourth Revised Sheet No. 12R.2**
**Canceling Third Revised Sheet No. 12R.2**

1. **CONDITIONS AND DEFINITIONS** (continued)

    **(c)**   **Engineering Costs** -- (continued)
        If the Applicant or Customer requests changes that require additional estimates, they must advance the Company s estimated Engineering Costs, but not less than the minimum specified in Schedule 300 for each additional estimate. The Company will not refund or credit this payment.

    **(d)**   **Extension** -- A branch from, a continuation of, or an increase in the capacity of, an existing Company owned transmission or distribution line. An extension may be single-phase, three-phase or a conversion of a single-phase line to a three-phase line. The Company will own, operate and maintain all Extensions made under this regulation.

    **(e)**   **Extension Allowance** -- The Extension Allowance is the portion of the Extension that the Company provides or allows without cost to the Applicant. The portion will vary with the class of service that the Applicant requests. The Extension Allowance does not include costs resulting from: additional voltages; duplicate facilities; additional points of delivery; or any other Applicant requested facilities that add to, or substitute for, the Company's standard construction methods or preferred route. An Extension Allowance will be provided only if the Company has reasonable assurance as to the permanent continuation of required revenue. The Extension Allowance is not available to customers receiving electric service under special pricing contracts.

    **(f)**   **Extension Costs** -- Extension Costs are the Company's total costs for constructing an Extension using the Company's standard construction methods, including services, transformers and meters, labor, materials and overheads.

    **(g)**   **Extension Limits** -- The provisions of this regulation apply to Line Extensions that require standard construction and will produce sufficient revenues to cover the ongoing costs associated with them. The Company will construct Line Extensions with special requirements or limited revenues under the terms of special contracts.

        Examples of special requirements include, but are not limited to, unusual costs incurred for obtaining rights-of-way, overtime wages, use of special equipment and facilities, accelerated work schedules to meet the applicant's request, or non-standard construction requirements.

(Continued)

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000           **EFFECTIVE**: August 15, 2000



1.    **CONDITIONS AND DEFINITIONS** (continued)

   (h)    **Facilities Charges** -- The Facilities Charges are those costs associated with the ownership, operation and maintenance of facilities built to provide service and are in addition to rate schedule billings. Schedule 300 specifies the Facilities Charges.

   (i)    **Permanent Service** -- Service to Customers where the Company is assured of continued use for more than five years, unless a contract specifies otherwise.

   (j)    **Restrictions** -- The Company's Extension of facilities is subject to restrictions imposed during war or other emergencies, by the laws of the United States, the State of Idaho, by executive and administrative proclamations, by orders or regulations of the Commission or by any lawful requirement of a governmental body.

   (k)    **Routes, Easements and Rights-of-Way** -- The Company will select the route of an Extension in cooperation with the Applicant. The Applicant must pay all costs of complete, unencumbered, rights-of-way, easements, or licenses to use land, and for any preparation or clearing the Company may require. The Applicant may acquire and prepare these in a form acceptable to the Company, or if requested by the Applicant, the Company will do so at the Applicant's expense.

   (l)    **Regulation Previously in Effect** -- Rule changes do not modify existing Extension contracts. If a Customer advanced funds for an Extension under a regulation or a contract previously in effect, the Company will make refunds for additional Customers as specified in the previous regulation or contract.

   (m)    **Service Conductors** -- The secondary-voltage conductors extending from the pole line, the underground secondary-voltage main, a secondary-voltage transformer, or a secondary-voltage switch cabinet to the Point of Delivery.

(Continued)

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000                                    **EFFECTIVE**: August 15, 2000



I.P.U.C. No. 28

2. **RESIDENTIAL EXTENSIONS**

    (a)   **Standard Residential**

        (1)   **Extension Allowances**
The Extension Allowance for standard residential applications includes transformation facilities, meter and Service Conductors. Transformation facilities and Service Conductors may serve more than one customer.

Transformation facilities for overhead systems include the transformer, associated fuses, lightning arresters, grounds and supporting racks. The Company, at its discretion, may substitute secondary voltage conductors for transformation facilities. Transformation facilities for underground systems include the transformer and grounds.

The Service Conductor allowance includes the conductors, connectors and other equipment necessary to make the service connection. This allowance provides a maximum of 100 linear feet from a pole, connection box or transformer to the Point of Delivery.

The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction.

        (2)   **Additional Customers, Advances and Refunds**
A Customer that pays for a portion of the construction of an Extension may receive refunds if additional Customers connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of an Extension. The cost responsibility shall be 100% for the first Customer and shall decrease by 20% for each successive Customer for shared facilities. Payments made to the Company by each successive Applicant shall, in turn, be refunded by the Company to the most recent previous Applicant.

    (b)   **Remote and Seasonal Service and Service to Unimproved Subdivisions**

        (1)   **Extension Allowances**
Residential customers defined as Remote or Seasonal Service customers or those located in Unimproved Subdivisions, have the same Extension Allowance as Standard Residential Customers.

(Continued)

Submitted Under Advice Letter No. 00-06



**(b)   Remote and Seasonal Service and Service to Unimproved Subdivisions** (continued)

**(2)   Contracts**

The Company will make Extensions for Remote or Seasonal Residential Service or in an Unimproved Subdivision according to a written contract. The contract will require the Applicant to advance the estimated cost of facilities in excess of the Extension Allowance. The Applicant shall also pay a Contract Minimum Billing for as long as service is taken, but in no case less than 5 years.

**(3)   Additional Customers, Advances and Refunds**

Customers that pay a portion of the construction of an Extension may receive refunds if additional Applicants connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of the Extension. The cost responsibility shall be 100% for the first customer and shall decrease by 20% for each successive customer for shared facilities. Payments made to the Company by each successive Applicant shall, in turn, be refunded by the Company to the most recent previous Applicant. Customers in unimproved subdivisions platted prior to January 1, 1997, where electrical service had not been provided to any customer prior to that date, have a refund period of ten (10) years.

Additional Applicants must share the Facilities Charges of existing Customers.

Additional Applicants also must pay the estimated cost of any facilities exceeding the Extension Allowance.

**(c)   Three Phase Residential Service**

Where three phase residential service is requested, the Applicant shall pay the difference in cost between single phase and three phase service.

**(d)   Underground Extensions**

The Company will construct line Extensions underground when requested by the Applicant or if required by local ordinance or conditions. The Applicant must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Applicant must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension. If the Applicant requests, the Company will provide these items at the Applicant's expense.

(Continued)



3.   **NONRESIDENTIAL EXTENSIONS**

   (a)   **High Voltage Extension Allowances**
   The Company will determine the amount of the extension allowance on a case by case basis for customers taking service at 44,000 volts or greater.

   (b)   **Primary and Secondary Voltage Extension Allowances**

   (1)   **Less than 1,000 kW**
   The Company will grant Nonresidential Applicants requiring less than 1,000 kW an Extension Allowance of $90 per kW of estimated load.  The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction.

   The Company may require the Customer to pay a Contract Minimum Billing for five years.

   (2)   **1,000 kW or Greater**
   The Company will grant Nonresidential Applicants requiring  1,000 kW or greater an Extension Allowance of $90 per kW of estimated load.  The Applicant must advance the costs exceeding the Extension Allowance. Fifty percent of the advance is due when the contract is executed with the remaining balance due upon completion of the Extension.

   The Customer must pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.  If service is terminated within the first 10 years, the Customer must pay a termination charge equal to the Extension Allowance less 1/10th of the allowance for each year service was taken.

   (3)   **Remote Service**
   The Company will grant Applicants for Remote Nonresidential Service an Extension Allowance of $90 per kW of estimated load.

   The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.

(Continued)

---

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000                                   **EFFECTIVE**: August 15, 2000



I.P.U.C. No. 28

3.   **NONRESIDENTIAL EXTENSIONS** (continued)

(c)   **Additional Customers, Advances and Refunds**
A Customer that pays for a portion of the construction of an Extension may receive refunds if additional Customers connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of an Extension for up to four (4) additional Customers. Each of the next four (4) Customers utilizing any segment of the initial Extension must pay the Company, prior to connection, a proportionate share of the cost of the shared facilities. The Company will refund such payments to the preceding Customer(s).

Proportionate Share = (A + B) x C
Where:
A =   [Shared footage of line] x [Average cost per foot of the line]

B =   Cost of the other shared distribution equipment, if applicable

C =   [New additional connected load]/[Total connected load]

Additional Customers also must share the Facilities Charges of the existing Customers. The Company will allocate the Facilities Charges in the same manner used for allocating the original advance.

(d)   **Underground Extensions**
The Company will construct Line Extensions underground when requested by the Applicant or if required by local ordinance or conditions. The Applicant must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Applicant must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension. If the Applicant requests, the Company will provide these items at the Applicant's expense.

(Continued)

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000                                                            **EFFECTIVE**: August 15, 2000



I.P.U.C. No. 28

4.    **EXTENSIONS TO PLANNED DEVELOPMENTS**

(a)    **General**
Planned developments, including subdivisions and mobile home parks, are areas where groups of buildings or dwellings may be constructed at or about the same time. The Company will install facilities in developments before there are actual Applicants for service under the terms of a written contract.

(b)    **Contracts and Advances, Non-Residential**
The Developer must pay a non-refundable advance equal to the Company's estimated installed costs to make primary service available to each lot. The Company may require the Developer to pay for facilities to provide additional service reliability or future development.

(c)    **Contracts and Advances, Residential**
The Company will provide transformers, meters and services. The Developer must pay a non-refundable advance for all other costs including any secondary runs to the individual lot lines.

(d)    **Refunds**
A Developer that pays for a portion of the construction of an Extension to reach a development may receive refunds if additional customers connect to the Extension outside the development under the terms of Advances and Refunds for Non-Residential Customers. The Company will refund such payments to the Developer. The Company will make no refunds for facilities installed within a development.

(e)    **Underground Extensions**
The Company will construct Line Extensions underground when requested by the Developer or required by local ordinances or conditions. The Developer must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Developer must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires. If the Developer requests, the Company will provide these items at the Developer's expense.

(Continued)

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000                                 **EFFECTIVE**: August 15, 2000



**Third Revised Sheet No. 12R.9**
**Canceling Second Revised Sheet No. 12R.9**

I.P.U.C. No. 28

5.    **EXTENSION EXCEPTIONS**

(a)    **Applicant Built Line Extensions**

(1)    **General**
An Applicant may contract with someone other than the Company to build a Line Extension. The Applicant must contract with the Company before starting construction of a Line Extension. When the Applicant has completed construction of the Line Extension and the Company approves it, the Company will connect it to the Company's facilities and assume ownership.

(2)    **Liability and Insurance**
The Applicant assumes all risks for the Construction of an Applicant Built Line Extension. Before starting construction, the Applicant must furnish a certificate naming the Company as an additional insured for a minimum of $1,000,000. The Applicant may cancel the policy after the Company accepts ownership of the Line Extension.

(3)    **Advance for Design, Specifications, Material Standards and Inspections**
The Applicant must advance the Company s estimated costs for design, specifications, material standards and inspections. When the Applicant has completed construction, the Company will determine its actual costs and may adjust that portion of the Applicant's advance. If the actual costs exceed the Applicant's advance, the Applicant must pay the difference before the Company will accept and energize the Line Extension. If the actual costs are less than the Applicant s advance, the Company will refund the difference.

The Company will estimate the frequency of inspections and convey this to the Applicant prior to the signing of the contract. For underground Line Extensions, the Company may require that an inspector be present whenever installation work is done.

(4)    **Construction Standard**
The Applicant must construct the Line Extension in accordance with the Company's design, specifications, and material standards and along the Company's selected route. Otherwise, the Company will not accept or energize the Line Extension.

(Continued)



I.P.U.C. No. 28

5.   **EXTENSION EXCEPTIONS**  (continued)

    (a)   **Applicant Built Line Extensions**  (continued)

        (5)   **Transfer of Ownership**
Upon approval of the construction, the Company will assume ownership of the Line Extension.  The Applicant must provide the Company unencumbered title to the Line Extension.

        (6)   **Rights-of-Way**
The Applicant must provide to the Company all required rights-of-way, easements and permits in accordance with paragraph 1.(k).

        (7)   **Contract Minimum Billing**
The Company may require the Applicant to pay a Contract Minimum Billing as defined in paragraph 1.(b) in this regulation.

        (8)   **Deficiencies in Construction**
If, within 24 months of the time the Company energized the Line Extension, it determines that the Applicant provided deficient material or workmanship, the Applicant must pay the cost to correct the deficiency.  At its discretion, the Company may require that the Applicant provide a faithful performance bond before the Applicant begins construction.

        (9)   **Line Extension Value**
The Company will calculate the value of a Line Extension using its standard estimating methods.  The Company will use the Line Extension Value to calculate Contract Minimum Billings, reimbursements, and refunds.

        (10)   **Line Extension Allowance**
After assuming  ownership, the Company will calculate the appropriate Extension Allowance.  The Company will then reimburse the Applicant for the construction costs covered by the Extension Allowance, less the cost of any Company provided equipment or services, but in no case more than the Line Extension Value.

(Continued)

**ISSUED:** July 14, 2000             **EFFECTIVE:** August 15, 2000



**5.    EXTENSION EXCEPTIONS** (continued)

**(b)    Duplicate Service Facilities**
The Company will furnish Duplicate Service Facilities if the Customer advances the estimated costs for facilities in excess of those which the Company would otherwise provide. The Customer also must pay Facilities Charges for the Duplicate Facilities for as long as service is taken, but in no case less than five years.

**(c)    Emergency Service**
The Company will grant Applicants requesting Emergency Service an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.

**(d)    Highly Fluctuating Loads**
The Company will furnish facilities for Highly Fluctuating Loads as defined in Regulation 2 of this tariff, provided that the Applicant agrees to advance to the Company the estimated installed cost of such facilities over the cost of facilities which the Company, in its sole discretion, would otherwise provide. The Applicant shall also pay a Contract Minimum Billing as long as service is taken but in no case less than five years. The Company reserves the right, should the effect of load fluctuations become in the Company's sole judgment a detriment to service to other Customers, to provide or require the Customer to provide corrective facilities. Where the Company provides such facilities the Customer shall pay the cost of all such facilities plus the associated Contract Minimum Billing.

**(e)    Temporary Service**
The Company will provide Temporary Service by written agreement under the following provisions:

    (1)    The Customer pays a Temporary Service Charge. This charge equals
        **a.**    the estimated installation cost, plus
        **b.**    the estimated removal cost, plus
        **c.**    the estimated cost for rearranging any existing facilities, less
        **d.**    the estimated salvage value of the facilities required to provide Temporary Service.

(Continued)



5.    **EXTENSION EXCEPTIONS** (continued)

    (2)    The Customer pays a Contract Minimum Billing based on the estimated installed cost of facilities, including transformers;

    (3)    The Customer pays any advances required for sharing previous Extensions.

    If a temporary Customer takes service continuously for 60 consecutive months from the date the Company first delivered service, the Company will classify them as permanent and refund any payment the Customer made over that required of a permanent Customer. The Company will not refund the Facilities Charges.

    For installations requiring only a preassembled service connection loop, the temporary service charge shall be as specified in Schedule 14.

    **(f)**    **Line Capacity in Excess of that Required**
    If the Company desires to construct lines having a larger capacity or more expensive type of construction than is practical under the circumstances or necessary in accordance with sound engineering standards and practices to supply the energy requirements of Customers who obtain service in accordance with this regulation, the cost of construction of that additional line capacity shall be borne completely by the Company and not be considered in determining the Contract Minimum Billing or advances made by Applicants for service.

6.    **RELOCATION OR REPLACEMENT OF FACILITIES**

    **(a)**    **Relocation of Facilities**
    If requested by an Applicant or Customer the Company will: relocate distribution facilities on to, or adjacent to, the Customer's premises; and/or, replace existing overhead distribution facilities with comparable underground. For overhead to underground relocations, the new underground system must not impair the use of the remaining overhead system. The Applicant or Customer must elect either: to provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension; or, to pay the Company to provide these items.

(Continued)

**ISSUED**: July 14, 2000                          **EFFECTIVE**: August 15, 2000



I.P.U.C. No. 28                                                      Original Sheet No. 12R.13

6.     **RELOCATION OR REPLACEMENT OF FACILITIES** (continued)

In addition, the Applicant or Customer must advance the following:

(1)     The estimated installed cost of the new facilities plus the estimated removal expense of the existing facilities, less

(2)     The estimated salvage value plus accrued depreciation of the facilities to be removed.

This Advance is not refundable. The Company is not responsible for allocating costs and responsibilities among multiple Applicants.

(b)     **Local Governments**
When required by a governmental entity in accordance with Idaho Code 50-2501 to 50-2523, the Company will replace existing overhead with underground distribution facilities provided the entity pays the Company in accordance with paragraph **6.(a)** above, and provided the entity adopts an ordinance creating an underground district requiring:

(1)     All existing overhead communication and electric distribution facilities be removed;

(2)     Each property owner to make the changes necessary to receive service from the underground facilities as soon as the Company makes them available; and,

(3)     Authorizes the Company to discontinue overhead service when it has completed construction of the underground facilities.

7.     **CONTRACT ADMINISTRATION ALLOWANCE**
Customers may waive their right to receive refunds on a Line Extension advance. Customers who waive this right will receive a Contract Administration Allowance specified in Schedule 300. The customer's choice to receive the Contract Administration Allowance must be made at the time the Extension advance is paid.

Submitted Under Advice Letter No. 00-06

**ISSUED**: July 14, 2000                          **EFFECTIVE**: August 15, 2000

**utah power**
& LIGHT COMPANY

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

CANCELLED
date  8/15/00
by  Htd Rev. 12R.1

OCT 1 7 '97              OCT 1 5 '97

*Thyona L. Shallers* SECRETARY

**Third Revised Sheet No. 12R.1**
**Cancels Second Revised Sheet No. 12R.1**

I.P.U.C. No. 28

## ELECTRIC SERVICE REGULATION NO. 12

### STATE OF IDAHO

---

### Line Extensions

---

1.    **CONDITIONS AND DEFINITIONS**

   (a)   **Contracts** -- Before building an Extension, the Company may require the Applicant to sign a contract. Where a tenant occupies the service location, the Company may require the property owner to sign the contract.

   (b)   **Contract Minimum Billing** -- The Contract Minimum Billing is the greater of: (1) the Customer's monthly bill; or (2) 80% of the Customer's monthly bill plus the Facilities Charges. Customers on a seasonal rate receive an annual Contract Minimum Billing of the greater of (1) the Customer's annual bill; or (2) 80% of the Customer's annual bill plus the Annual Facilities Charge. The Annual Facilities Charge is twelve (12) times the Facilities Charges. Any Contracted Minimum Billings shall begin upon the date service is first delivered or 30 days after the completion of the extension whichever occurs first, as determined by the Company, unless a later date is mutually agreed upon.

   (c)   **Engineering Costs** -- The Company includes designing, engineering and estimating in its Extension Costs. The Company will provide these services at no charge unless it determines the extension is large, complex or speculative.

   For large, complex or speculative Extensions, the Applicant or Customer must advance the Company s estimated Engineering Costs, but not less than the minimum specified in Schedule 300. The Company will apply this advance payment to its Extension Costs. If the Extension Allowance exceeds the Extension Costs, the Company will refund the excess up to the amount of the Applicant s or Customer s advance.

   If the Applicant or Customer requests changes that require additional estimates, they must advance the Company s estimated Engineering Costs, but not less than the minimum specified in Schedule 300 for each additional estimate. The Company will not refund or credit this payment.

**utah power**
& LIGHT COMPANY

CANCELLED
date 8/15/00
by 42k BEI 12k

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97              OCT 15 '97

Thyrma R. Wallace SECRETARY

**Third Revised Sheet No. 12R.2**
**Cancels Second Revised Sheet No. 12R.2**

I.P.U.C. No. 28

(d)  **Extension** -- A branch from, a continuation of, or an increase in the capacity of, an existing Company owned transmission or distribution line. An extension may be single-phase, three-phase or a conversion of a single-phase line to a three-phase line. The Company will own, operate and maintain all Extensions made under this regulation.

(e)  **Extension Allowance** -- The Extension Allowance is the portion of the Extension that the Company provides or allows without cost to the Applicant. The portion will vary with the class of service that the Applicant requests. The Extension Allowance does not include costs resulting from: additional voltages; duplicate facilities; additional points of delivery; or any other Applicant requested facilities that add to, or substitute for, the Company's standard construction methods or preferred route. An Extension Allowance will be provided only if the Company has reasonable assurance as to the permanent continuation of required revenue. The Extension Allowance is not available to customers receiving electric service under special pricing contracts.

(f)  **Extension Costs** -- Extension Costs are the Company's total costs for constructing an Extension using the Company's standard construction methods, including services, transformers and meters, labor, materials and overheads.

(g)  **Extension Limits** -- The provisions of this regulation apply to Line Extensions that require standard construction and will produce sufficient revenues to cover the ongoing costs associated with them. The Company will construct Line Extensions with special requirements or limited revenues under the terms of special contracts.

Examples of special requirements include, but are not limited to, unusual costs incurred for obtaining rights-of-way, overtime wages, use of special equipment and facilities, accelerated work schedules to meet the applicant's request, or non-standard construction requirements.

(h)  **Facilities Charges** -- The Facilities Charges are those costs associated with the ownership, operation and maintenance of facilities built to provide service and are in addition to rate schedule billings. Schedule 300 specifies the Facilities Charges.

(i)  **Permanent Service** -- Service to Customers where the Company is assured of continued use for more than five years, unless a contract specifies otherwise.

(j)  **Restrictions** -- The Company's Extension of facilities is subject to restrictions imposed during war or other emergencies, by the laws of the United States, the State of Idaho, by executive and administrative proclamations, by orders or regulations of the Commission or by any lawful requirement of a governmental body.

**utah power**
& LIGHT COMPANY

CANCELLED
date 8/15/00
by 3RD REV. 12R.3

ID ● PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97          OCT 15 '97

*Thyrsa L. Shallus* SECRETARY

**Second Revised Sheet No. 12R.3**
**Cancels First Revised Sheet No. 12R.3**

**I.P.U.C. No. 28**

(k)  **Routes, Easements and Rights-of-Way** -- The Company will select the route of an Extension in cooperation with the Applicant. The Applicant must pay all costs of complete, unencumbered, rights-of-way, easements, or licenses to use land, and for any preparation or clearing the Company may require. The Applicant may acquire and prepare these in a form acceptable to the Company, or if requested by the Applicant, the Company will do so at the Applicant's expense.

(l)  **Regulation Previously in Effect** -- Rule changes do not modify existing Extension contracts. If a Customer advanced funds for an Extension under a regulation or a contract previously in effect, the Company will make refunds for additional Customers as specified in the previous regulation or contract.

(m)  **Service Conductors** -- The secondary-voltage conductors extending from the pole line, the underground secondary-voltage main, a secondary-voltage transformer, or a secondary-voltage switch cabinet to the Point of Delivery.

2.  **RESIDENTIAL EXTENSIONS**

    (a)  **Standard Residential**

        (1)  **Extension Allowances**
             The Extension Allowance for standard residential applications includes transformation facilities, meter and Service Conductors. Transformation facilities and Service Conductors may serve more than one customer.

             Transformation facilities for overhead systems include the transformer, associated fuses, lightning arresters, grounds and supporting racks. The Company, at its discretion, may substitute secondary voltage conductors for transformation facilities. Transformation facilities for underground systems include the transformer and grounds.

             The Service Conductor allowance includes the conductors, connectors and other equipment necessary to make the service connection. This allowance provides a maximum of 100 linear feet from a pole, connection box or transformer to the Point of Delivery.

             The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction.

**utah power**
& LIGHT COMPANY

CANCELLED
date 8/15/00
by 3RD REV. 12R.4

IDA PUBLIC UTILITIES COMMISSION
APPROVED          EFFECTIVE

OCT 17 '97        OCT 15 '97

Thyma L. Stallum SECRETARY

**Second Revised Sheet No. 12R.4**
**Cancels First Revised Sheet No. 12R.4**

I.P.U.C. No. 28

---

(2)  **Additional Customers, Advances and Refunds**
A Customer that pays for a portion of the construction of an Extension may receive refunds if additional Customers connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of an Extension. The cost responsibility shall be 100% for the first Customer and shall decrease by 20% for each successive Customer for shared facilities. Payments made to the Company by each successive Applicant shall, in turn, be refunded by the Company to the most recent previous Applicant.

(b)  **Remote and Seasonal Service and Service to Unimproved Subdivisions**

(1)  **Extension Allowances**
Residential customers defined as Remote or Seasonal Service customers or those located in Unimproved Subdivisions, have the same Extension Allowance as Standard Residential Customers.

(2)  **Contracts**
The Company will make Extensions for Remote or Seasonal Residential Service or in an Unimproved Subdivision according to a written contract. The contract will require the Applicant to advance the estimated cost of facilities in excess of the Extension Allowance. The Applicant shall also pay a Contract Minimum Billing for as long as service is taken, but in no case less than 5 years.

(3)  **Additional Customers, Advances and Refunds**
Customers that pay a portion of the construction of an Extension may receive refunds if additional Applicants connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of the Extension. The cost responsibility shall be 100% for the first customer and shall decrease by 20% for each successive customer for shared facilities. Payments made to the Company by each successive Applicant shall, in turn, be refunded by the Company to the most recent previous Applicant. Customers in unimproved subdivisions platted prior to January 1, 1997, where electrical service had not been provided to any customer prior to that date, have a refund period of ten (10) years.

Additional Applicants must share the Facilities Charges of existing Customers.

Additional Applicants also must pay the estimated cost of any facilities exceeding the Extension Allowance.

(c)  **Three Phase Residential Service**
Where three phase residential service is requested, the Applicant shall pay the difference in cost between single phase and three phase service.

**utah power** & LIGHT COMPANY

CANCELLED
date 8/15/00
by 3AD REV 12R.5

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97                  OCT 15 '97

*Myrna J. Walters* SECRETARY

**Second Revised Sheet No. 12R.5**
**Cancels First Revised Sheet No. 12R.5**

**I.P.U.C. No. 28**

**(d)    Underground Extensions**
The Company will construct line Extensions underground when requested by the Applicant or if required by local ordinance or conditions. The Applicant must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Applicant must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension. If the Applicant requests, the Company will provide these items at the Applicant's expense.

**3.    NONRESIDENTIAL EXTENSIONS**

**(a)    High Voltage Extension Allowances**
The Company will determine the amount of the extension allowance on a case by case basis for customers taking service at 44,000 volts or greater.

**(b)    Primary and Secondary Voltage Extension Allowances**

**(1)    Less than 1,000 kW**
The Company will grant Nonresidential Applicants requiring less than 1,000 kW an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction.

The Company may require the Customer to pay a Contract Minimum Billing for five years.

**(2)    1,000 kW or Greater**
The Company will grant Nonresidential Applicants requiring 1,000 kW or greater an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance. Fifty percent of the advance is due when the contract is executed with the remaining balance due upon completion of the Extension.

The Customer must pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years. If service is terminated within the first 10 years, the Customer must pay a termination charge equal to the Extension Allowance less 1/10th of the allowance for each year service was taken.

**(3)    Remote Service**
The Company will grant Applicants for Remote Nonresidential Service an Extension Allowance of $90 per kW of estimated load.

**utah power**
& LIGHT COMPANY

CANCELLED
date 8/15/00
by H.R. Bell 12R.6

ID⬤D PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97              OCT 15 '97

*Thyona L. Halem* SECRETARY

**Third Revised Sheet No. 12R.6**
**Cancels Second Revised Sheet No. 12R.6**

I.P.U.C. No. 28

The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.

(c) **Additional Customers, Advances and Refunds**
A Customer that pays for a portion of the construction of an Extension may receive refunds if additional Customers connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of an Extension for up to four (4) additional Customers. Each of the next four (4) Customers utilizing any segment of the initial Extension must pay the Company, prior to connection, a proportionate share of the cost of the shared facilities. The Company will refund such payments to the preceding Customer(s).

Proportionate Share = $(A + B) \times C$
Where:
$A =$ [Shared footage of line] x [Average cost per foot of the line]

$B =$ Cost of the other shared distribution equipment, if applicable

$C =$ [New additional connected load]/[Total connected load]

Additional Customers also must share the Facilities Charges of the existing Customers. The Company will allocate the Facilities Charges in the same manner used for allocating the original advance.

(d) **Underground Extensions**
The Company will construct Line Extensions underground when requested by the Applicant or if required by local ordinance or conditions. The Applicant must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Applicant must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension. If the Applicant requests, the Company will provide these items at the Applicant's expense.

4. **EXTENSIONS TO PLANNED DEVELOPMENTS**

(a) **General**
Planned developments, including subdivisions and mobile home parks, are areas where groups of buildings or dwellings may be constructed at or about the same time. The Company will install facilities in developments before there are actual Applicants for service under the terms of a written contract.

**utah power** & LIGHT COMPANY

CANCELLED
date 5/15/00
by 3A2REVL2R

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED

OCT 17 '97

EFFECTIVE

OCT 15 '97

Thyrna L. Stallem SECRETARY

**Second Revised Sheet No. 12R.7**
**Cancels First Revised Sheet No. 12R.7**

I.P.U.C. No. 28

**(b)   Contracts and Advances, Non-Residential**
The Developer must pay a non-refundable advance equal to the Company's estimated installed costs to make primary service available to each lot. The Company may require the Developer to pay for facilities to provide additional service reliability or future development.

**(c)   Contracts and Advances, Residential**
The Company will provide transformers, meters and services. The Developer must pay a non-refundable advance for all other costs including any secondary runs to the individual lot lines.

**(d)   Refunds**
A Developer that pays for a portion of the construction of an Extension to reach a development may receive refunds if additional customers connect to the Extension outside the development under the terms of Advances and Refunds for Non-Residential Customers. The Company will refund such payments to the Developer. The Company will make no refunds for facilities installed within a development.

**(e)   Underground Extensions**
The Company will construct Line Extensions underground when requested by the Developer or required by local ordinances or conditions. The Developer must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation. The Developer must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires. If the Developer requests, the Company will provide these items at the Developer's expense.

**5.   EXTENSION EXCEPTIONS**

**(a)   Applicant Built Line Extensions**

**(1)   General**
An Applicant may contract with someone other than the Company to build a Line Extension. The Applicant must contract with the Company before starting construction of a Line Extension. When the Applicant has completed construction of the Line Extension and the Company approves it, the Company will connect it to the Company's facilities and assume ownership.

**(2)   Liability and Insurance**
The Applicant assumes all risks for the Construction of an Applicant Built Line Extension. Before starting construction, the Applicant must furnish a certificate naming the Company as an additional insured for a minimum of $1,000,000. The Applicant may cancel the policy after the Company accepts ownership of the Line Extension.

**utah power**
& LIGHT COMPANY

CANCELLED
date 5/15/00
by 3RD REV 12R.8

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                              EFFECTIVE

OCT 17 '97              OCT 15 '97

*Myrna J. Walters* SECRETARY

**Second Revised Sheet No. 12R.8**
**Cancels First Revised Sheet No. 12R.8**

**I.P.U.C. No. 28**

---

(3)  **Advance for Design, Specifications, Material Standards and Inspections**
The Applicant must advance the Company s estimated costs for design, specifications, material standards and inspections.   When the Applicant has completed construction, the Company will determine its actual costs and may adjust that portion of the Applicant's advance.  If the actual costs exceed the Applicant's advance, the Applicant must pay the difference before the Company will accept and energize the Line Extension.  If the actual costs are less than the Applicant s advance, the Company will refund the difference.

The Company will estimate the frequency of inspections and convey this to the Applicant prior to the signing of the contract.  For underground Line Extensions, the Company may require that an inspector be present whenever installation work is done.

(4)  **Construction Standard**
The Applicant must construct the Line Extension in accordance with the Company's design, specifications, and material standards and along the Company's selected route.  Otherwise, the Company will not accept or energize the Line Extension.

(5)  **Transfer of Ownership**
Upon approval of the construction, the Company will assume ownership of the Line Extension.  The Applicant must provide the Company unencumbered title to the Line Extension.

(6)  **Rights-of-Way**
The Applicant must provide to the Company all required rights-of-way, easements and permits in accordance with paragraph 1.(k).

(7)  **Contract Minimum Billing**
The Company may require the Applicant to pay a Contract Minimum Billing as defined in paragraph 1.(b) in this regulation.

**utah power**
**& LIGHT COMPANY**

CANCELLED
date  8/15/00
by  3.0 REV. 12R.

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97              OCT 15 '97

Thyra L. Hallein SECRETARY

**Second Revised Sheet No. 12R.9**
**Cancels First Revised Sheet No. 12R.9**

I.P.U.C. No. 28

(8)  **Deficiencies in Construction**
If, within 24 months of the time the Company energized the Line Extension, it determines that the Applicant provided deficient material or workmanship, the Applicant must pay the cost to correct the deficiency. At its discretion, the Company may require that the Applicant provide a faithful performance bond before the Applicant begins construction.

(9)  **Line Extension Value**
The Company will calculate the value of a Line Extension using its standard estimating methods. The Company will use the Line Extension Value to calculate Contract Minimum Billings, reimbursements, and refunds.

(10)  **Line Extension Allowance**
After assuming ownership, the Company will calculate the appropriate Extension Allowance. The Company will then reimburse the Applicant for the construction costs covered by the Extension Allowance, less the cost of any Company provided equipment or services, but in no case more than the Line Extension Value.

(b)  **Duplicate Service Facilities**
The Company will furnish Duplicate Service Facilities if the Customer advances the estimated costs for facilities in excess of those which the Company would otherwise provide. The Customer also must pay Facilities Charges for the Duplicate Facilities for as long as service is taken, but in no case less than five years.

(c)  **Emergency Service**
The Company will grant Applicants requesting Emergency Service an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.

(d)  **Highly Fluctuating Loads**
The Company will furnish facilities for Highly Fluctuating Loads as defined in Regulation 2 of this tariff, provided that the Applicant agrees to advance to the Company the estimated installed cost of such facilities over the cost of facilities which the Company, in its sole discretion, would otherwise provide. The Applicant shall also pay a Contract Minimum Billing as long as service is taken but in no case less than five years. The Company reserves the right, should the effect of load fluctuations become in the Company's sole judgment a detriment to service to other Customers, to provide or require the Customer to provide corrective facilities. Where the Company provides such facilities the Customer shall pay the cost of all such facilities plus the associated Contract Minimum Billing.

**utah power**
& LIGHT COMPANY

CANCELLED
date 8/15/00
by 2nd Rev. 12.10

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 17 '97            OCT 15 '97

Theora L. Shallun SECRETARY

First Revised Sheet No. 12R.10
Cancels Original Sheet No. 12R.10

I.P.U.C. No. 28

(e) **Temporary Service**
The Company will provide Temporary Service by written agreement under the following provisions:

(1) The Customer pays a Temporary Service Charge. This charge equals
   a.   the estimated installation cost, plus
   b.   the estimated removal cost, plus
   c.   the estimated cost for rearranging any existing facilities, less
   d.   the estimated salvage value of the facilities required to provide Temporary Service.

(2) The Customer pays a Contract Minimum Billing based on the estimated installed cost of facilities, including transformers;

(3) The Customer pays any advances required for sharing previous Extensions.

If a temporary Customer takes service continuously for 60 consecutive months from the date the Company first delivered service, the Company will classify them as permanent and refund any payment the Customer made over that required of a permanent Customer. The Company will not refund the Facilities Charges.

For installations requiring only a preassembled service connection loop, the temporary service charge shall be as specified in Schedule 14.

(f) **Line Capacity in Excess of that Required**
If the Company desires to construct lines having a larger capacity or more expensive type of construction than is practical under the circumstances or necessary in accordance with sound engineering standards and practices to supply the energy requirements of Customers who obtain service in accordance with this regulation, the cost of construction of that additional line capacity shall be borne completely by the Company and not be considered in determining the Contract Minimum Billing or advances made by Applicants for service.

6. **RELOCATION OR REPLACEMENT OF FACILITIES**

(a) **Relocation of Facilities**
If requested by an Applicant or Customer the Company will: relocate distribution facilities on to, or adjacent to, the Customer's premises; and/or, replace existing overhead distribution facilities with comparable underground. For overhead to underground relocations, the new underground system must not impair the use of the remaining overhead system. The Applicant or Customer must elect either: to provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension; or, to pay the Company to provide these items.

**APPROVED**  **EFFECTIVE**

OCT 17 '97  OCT 15 '97

*Thyrna L. Stallum* SECRETARY

**First Revised Sheet No. 12R.11**
**Cancels Original Sheet No. 12R.11**
**Cancels Original Sheet No. 12R.12**
**Cancels Original Sheet No. 12R.13**

CANCELLED
date 8/15/00
by 2nd REV. 12R.11

I.P.U.C. No. 28

In addition, the Applicant or Customer must advance the following:

(1)  The estimated installed cost of the new facilities plus the estimated removal expense of the existing facilities, less

(2)  The estimated salvage value plus accrued depreciation of the facilities to be removed.

This Advance is not refundable. The Company is not responsible for allocating costs and responsibilities among multiple Applicants.

**(b)  Local Governments**
When required by a governmental entity in accordance with Idaho Code 50-2501 to 50-2523, the Company will replace existing overhead with underground distribution facilities provided the entity pays the Company in accordance with paragraph 6.(a) above, and provided the entity adopts an ordinance creating an underground district requiring:

(1)  All existing overhead communication and electric distribution facilities be removed;

(2)  Each property owner to make the changes necessary to receive service from the underground facilities as soon as the Company makes them available; and,

(3)  Authorizes the Company to discontinue overhead service when it has completed construction of the underground facilities.

**7.  CONTRACT ADMINISTRATION ALLOWANCE**
Customers may waive their right to receive refunds on a Line Extension advance. Customers who waive this right will receive a Contract Administration Allowance specified in Schedule 300. The customer's choice to receive the Contract Administration Allowance must be made at the time the Extension advance is paid.

Submitted Under Advice Letter No. 97-13

**ISSUED:** October 3, 1997  **EFFECTIVE:** October 15, 1997



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97            MAR 19 '97

*Thyrza L. Hatten* SECRETARY

CANCELLED
date 10|15|97
by 910 Rev GR.1
NT5

**Second Revised Sheet No. 12R.1**
**Cancels First Revised Sheet No. 12R.1**

I.P.U.C. No. 28

## ELECTRIC SERVICE REGULATION NO. 12

### STATE OF IDAHO

---

### Line Extensions

---

1. CONDITIONS AND DEFINITIONS                                                      (C)

   (a)  **Contracts** -- Before building an Extension, the Company may require the Applicant to sign a contract. Where a tenant occupies the service location, the Company may require the property owner to sign the contract.

   (b)  **Contract Minimum Billing** -- The Contract Minimum Billing is the greater of: (1) the Customer's monthly bill; or (2) 80% of the Customer's monthly bill plus the Facilities Charges. Customers on a seasonal rate receive an annual Contract Minimum Billing of the greater of (1) the Customer's annual bill; or (2) 80% of the Customer's annual bill plus the Annual Facilities Charge. The Annual Facilities Charge is twelve (12) times the Facilities Charges. Any Contracted Minimum Billings shall begin upon the date service is first delivered or 30 days after the completion of the extension whichever occurs first, as determined by the Company, unless a later date is mutually agreed upon.

   (c)  **Engineering Costs** -- The Company includes designing, engineering and estimating in its Extension Costs. The Company will provide these services at no charge unless it determines the extension is large, complex or speculative.

   For large, complex or speculative Extensions, the Applicant or Customer must advance the Company's estimated Engineering Costs, but not less than the minimum specified in Schedule 300. The Company will apply this advance payment to its Extension Costs. If the Extension Allowance exceeds the Extension Costs, the Company will refund the excess up to the amount of the Applicant's or Customer's advance.                                             (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97              MAR 1 9 '97

*Thyrna L. Stallers* SECRETARY

CANCELLED
date 10|15|97
by 370 Rev 12R.2
    NT-5

**I.P.U.C. No. 28**

Second Revised Sheet No. 12R.2
Cancels First Revised Sheet No. 12R.2

If the Applicant or Customer requests changes that require additional estimates, (C)
they must advance the Company's estimated Engineering Costs, but not less
than the minimum specified in Schedule 300 for each additional estimate. The
Company will not refund or credit this payment.

(d)    **Extension** -- A branch from, a continuation of, or an increase in the capacity of,
an existing Company owned transmission or distribution line. An extension may
be single-phase, three-phase or a conversion of a single-phase line to a three-
phase line. The Company will own, operate and maintain all Extensions made
under this regulation.

(e)    **Extension Allowance** -- The Extension Allowance is the portion of the Extension
that the Company provides or allows without cost to the Applicant. The portion
will vary with the class of service that the Applicant requests. The Extension
Allowance does not include costs resulting from: additional voltages; duplicate
facilities; additional points of delivery; or any other Applicant requested facilities
that add to, or substitute for, the Company's standard construction methods or
preferred route. An Extension Allowance will be provided only if the Company
has reasonable assurance as to the permanent continuation of required revenue.
The Extension Allowance is not available to customers receiving electric service
under special pricing contracts.

(f)    **Extension Costs** -- Extension Costs are the Company's total costs for constructing
an Extension using the Company's standard construction methods, including
services, transformers and meters, labor, materials and overheads.

(g)    **Extension Limits** -- The provisions of this regulation apply to Line Extensions
that require standard construction and will produce sufficient revenues to cover
the ongoing costs associated with them. The Company will construct Line
Extensions with special requirements or limited revenues under the terms of
special contracts.

Examples of special requirements include, but are not limited to, unusual costs
incurred for obtaining rights-of-way, overtime wages, use of special equipment
and facilities, accelerated work schedules to meet the applicant's request, or non-
standard construction requirements.    (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97              MAR 1 9 '97

*Thyrna J. Shaleus* SECRETARY

CANCELLED
date 10|15|97
by 2nd Rev 12R.3
NT-5

**First Revised Sheet No. 12R.3**
**Cancels Original Sheet No. 12R.3**

I.P.U.C. No. 28

(h) **Facilities Charges** -- The Facilities Charges are those costs associated with the    (C)
ownership, operation and maintenance of facilities built to provide service and are
in addition to rate schedule billings.   Schedule 300 specifies the Facilities
Charges.

(i) **Permanent Service** -- Service to Customers where the Company is assured of
continued use for more than five years, unless a contract specifies otherwise.

(j) **Restrictions** -- The Company's Extension of facilities is subject to restrictions
imposed during war or other emergencies, by the laws of the United States, the
State of Idaho, by executive and administrative proclamations, by orders or
regulations of the Commission or by any lawful requirement of a governmental
body.

(k) **Routes, Easements and Rights-of-Way** -- The Company will select the route of an
Extension in cooperation with the Applicant. The Applicant must pay all costs
of complete, unencumbered, rights-of-way, easements, or licenses to use land, and
for any preparation or clearing the Company may require.  The Applicant may
acquire and prepare these in a form acceptable to the Company, or if requested
by the Applicant, the Company will do so at the Applicant's expense.

(l) **Regulation Previously in Effect** -- Rule changes do not modify existing Extension
contracts.  If a Customer advanced funds for an Extension under a regulation or
a contract previously in effect, the Company will make refunds for additional
Customers as specified in the previous regulation or contract.

(m) **Service Conductors** -- The secondary-voltage conductors extending from the pole
line, the underground secondary-voltage main, a secondary-voltage transformer,
or a secondary-voltage switch cabinet to the Point of Delivery.

2.   RESIDENTIAL EXTENSIONS

  (a) **Standard Residential**

    (1) Extension Allowances
       The Extension Allowance for standard residential applications includes
       transformation facilities, meter and Service Conductors. Transformation
       facilities and Service Conductors may serve more than one customer.    (C)

# utah power
### & LIGHT COMPANY

**IDAHO PUBLIC UTILITIES COMMISSION**
APPROVED          EFFECTIVE

MAR 1 8 '97        MAR 1 9 '97

*Thyrsa L. Shattun* SECRETARY

CANCELLED
date 10/15/97
by 2nd Rev 12R.4
NT-5

**First Revised Sheet No. 12R.4**
**Cancels Original Sheet No. 12R.4**

**I.P.U.C. No. 28**

Transformation facilities for overhead systems include the transformer, (C)
associated fuses, lightning arresters, grounds and supporting racks. The
Company, at its discretion, may substitute secondary voltage conductors
for transformation facilities. Transformation facilities for underground
systems include the transformer and grounds.

The Service Conductor allowance includes the conductors, connectors and
other equipment necessary to make the service connection. This allowance
provides a maximum of 100 linear feet from a pole, connection box or
transformer to the Point of Delivery.

The Applicant must advance the costs exceeding the Extension Allowance
prior to the start of construction.

(2)   **Additional Customers, Advances and Refunds**
A Customer that pays for a portion of the construction of an Extension
may receive refunds if additional Customers connect to the Extension.
The Customer is eligible for refunds during the first five (5) years
following construction of an Extension. The cost responsibility shall be
100% for the first Customer and shall decrease by 20% for each successive
Customer for shared facilities. Payments made to the Company by each
successive Applicant shall, in turn, be refunded by the Company to the
most recent previous Applicant.

(b)   **Remote and Seasonal Service and Service to Unimproved Subdivisions**

(1)   **Extension Allowances**
Residential customers defined as Remote or Seasonal Service customers
or those located in Unimproved Subdivisions, have the same Extension
Allowance as Standard Residential Customers.

(2)   **Contracts**
The Company will make Extensions for Remote or Seasonal Residential
Service or in an Unimproved Subdivision according to a written contract.
The contract will require the Applicant to advance the estimated cost of
facilities in excess of the Extension Allowance. The Applicant shall also
pay a Contract Minimum Billing for as long as service is taken, but in no
case less than 5 years.

(C

**utah power**
& LIGHT COMPANY

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

OCT 24 '94          OCT 27 '94

CANCELLED
date 10/15/07
by 2nd Rev 12R.5
NT-5

*Ragena L. Stallon* SECRETARY

**Corrected First Revised Sheet No. 12R.5**
**Cancels Original Sheet No. 12R.5**

I.P.U.C. No. 28

Proportionate Share = (A + B) x C
Where
A =     [Shared footage of line] x [Average cost per foot of the line]

B =     Cost of the other shared distribution equipment, if applicable

C =     [New additional connected load] / [Total connected load]

Minimum guarantees will also be appropriately reduced. Any customer may assume, subject to acceptance by the Company, more than his/her proportionate share of the minimum charge, termination charge, and cash advance, if any.

4.     **LINE EXTENSIONS - UNDERGROUND**
Underground line extensions will be made only where practical, economically feasible and mutually agreed upon by the Company and the Applicant. The Applicant shall advance any payments which may be required in accordance with this regulation and any amounts which may be required to reimburse the Company for any overhead facilities to be removed. Except as provided below all other provisions and advance requirements of this regulation shall also apply to underground extensions.

On property that the Applicant is developing, such as residential subdivisions, business parks or on property it owns or controls, the Applicant will provide, or the Company will provide at the Applicant's expense all necessary trenching and back-filling including furnishing of any imported backfill material required, all permits and all restoration. Decisions regarding the necessity for the installation of underground facilities outside the confines of the Applicant's property shall be made by the Company. Applicants shall also pay to the Company in advance of construction of underground facilities the fee specified in Schedule 300 for each separately metered or billed customer. All such work shall be subject to Company inspection.

5.     **RELOCATION OF DISTRIBUTION FACILITIES**
(a)     **Request by Individual Applicants**
At the request of the Customer and upon advance payment, the Company will relocate existing facilities (including the conversion of overhead to underground distribution facilities) when such relocation is practical and such relocation does not impair the use of the remaining distribution system. The Applicant(s) shall pay in advance to the Company the non-refundable sum of:

(1)     the estimated costs of the new facilities including associated operating costs, plus

(2)     the removal expense of the existing facilities, less

(3)     the salvage value of any existing facilities, less

(4)     accrued depreciation of the existing overhead electric facilities to be removed.

Also, the Customer must pay all costs for acquisition of rights-of-way, easements and/or licenses. Multiple Applicants shall be jointly responsible for any allocation, or assessment of costs and responsibilities among themselves.



**IDAHO PUBLIC UTILITIES COMMISSION**
**APPROVED**       **EFFECTIVE**

**MAR 1 8 '97**       **MAR 1 9 '97**

*Thyron L. Shatters* SECRETARY

CANCELLED
date 10/15/97
by *Gro Kow 128.6*
NT-5

**Second Revised Sheet No. 12R.6**
**Cancels Corrected First Revised Sheet No. 12R.6**

**I.P.U.C. No. 28**

(b) **Primary and Secondary Voltage Extension Allowances**      (C)

     (1) **Less than 1,000 kW**
The Company will grant Nonresidential Applicants requiring less than 1,000 kW an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction.

The Company may require the Customer to pay a Contract Minimum Billing for five years.

     (2) **1,000 kW or Greater**
The Company will grant Nonresidential Applicants requiring 1,000 kW or greater an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance. Fifty percent of the advance is due when the contract is executed with the remaining balance due upon completion of the Extension.

The Customer must pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years. If service is terminated within the first 10 years, the Customer must pay a termination charge equal to the Extension Allowance less 1/10th of the allowance for each year service was taken.

     (3) **Remote Service**
The Company will grant Applicants for Remote Nonresidential Service an Extension Allowance of $90 per kW of estimated load.

The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is taken, but in no case less than five years.      (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97            MAR 1 9 '97

*Thersa L. Stallens* SECRETARY



CANCELLED
date 10/15/97
by 2nd Rev 12R.7
NT-S

**I.P.U.C. No. 28**

**First Revised Sheet No. 12R.7**
**Cancels Original Sheet No. 12R.7**

(c)  **Additional Customers, Advances and Refunds**                                    (C)

A Customer that pays for a portion of the construction of an Extension may receive refunds if additional Customers connect to the Extension. The Customer is eligible for refunds during the first five (5) years following construction of an Extension for up to four (4) additional Customers. Each of the next four (4) Customers utilizing any segment of the initial Extension must pay the Company, prior to connection, a proportionate share of the cost of the shared facilities. The Company will refund such payments to the preceding Customer(s).

Proportionate Share = (A + B) x C

Where:

A =    [Shared footage of line] x [Average cost per foot of the line]

B =    Cost of the other shared distribution equipment, if applicable

C =    [New additional connected load]/[Total connected load]

Additional Customers also must share the Facilities Charges of the existing Customers.  The Company will allocate the Facilities Charges in the same manner used for allocating the original advance.

(d)  **Underground Extensions**
The Company will construct Line Extensions underground when requested by the Applicant or if required by local ordinance or conditions. The Applicant must pay for the conversion of any existing overhead facilities to underground, under the terms of Section 6 of this regulation.  The Applicant must provide all trenching and backfilling, imported backfill material, conduits, and equipment foundations that the Company requires for the Extension.  If the Applicant requests, the Company will provide these items at the Applicant's expense.

4.   EXTENSIONS TO PLANNED DEVELOPMENTS

(a)  **General**
Planned developments, including subdivisions and mobile home parks, are areas where groups of buildings or dwellings may be constructed at or about the same time. The Company will install facilities in developments before there are actual Applicants for service under the terms of a written contract.                (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97          MAR 1 9 '97

*Thyme L Shallus* SECRETARY

CANCELLED
date 10/15/97
by 2nd Rev 12R.6
     NT-5

**First Revised Sheet No. 12R.8**
**Cancels Original Sheet No. 12R.8**

I.P.U.C. No. 28

(b)   **Contracts and Advances, Non-Residential**                                              (C)
The Developer must pay a non-refundable advance equal to the Company's
estimated installed costs to make primary service available to each lot. The
Company may require the Developer to pay for facilities to provide additional
service reliability or future development.

(c)   **Contracts and Advances, Residential**
The Company will provide transformers, meters and services. The Developer
must pay a non-refundable advance for all other costs including any secondary
runs to the individual lot lines.

(d)   **Refunds**
A Developer that pays for a portion of the construction of an Extension to reach
a development may receive refunds if additional customers connect to the
Extension outside the development under the terms of Advances and Refunds for
Non-Residential Customers. The Company will refund such payments to the
Developer. The Company will make no refunds for facilities installed within a
development.

(e)   **Underground Extensions**
The Company will construct Line Extensions underground when requested by the
Developer or required by local ordinances or conditions. The Developer must pay
for the conversion of any existing overhead facilities to underground, under the
terms of Section 6 of this regulation. The Developer must provide all trenching
and backfilling, imported backfill material, conduits, and equipment foundations
that the Company requires. If the Developer requests, the Company will provide
these items at the Developer's expense.

5.   EXTENSION EXCEPTIONS

(a)   Applicant Built Line Extensions

(1)   General
An Applicant may contract with someone other than the Company to build
a Line Extension. The Applicant must contract with the Company before
starting construction of a Line Extension. When the Applicant has
completed construction of the Line Extension and the Company approves
it, the Company will connect it to the Company's facilities and assume
ownership.                                                                                              (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED              EFFECTIVE

MAR 1 8 '97          MAR 1 9 '97

*Thyyra & Shaltua.* SECRETARY

CANCELLED
date 10/15/97
by 2nd Rev. 1289
                    NT-S

**First Revised Sheet No. 12R.9**
**Cancels Original Sheet No. 12R.9**

I.P.U.C. No. 28

(2) **Liability and Insurance**                                         (C)
The Applicant assumes all risks for the Construction of an Applicant Built
Line Extension. Before starting construction, the Applicant must furnish
a certificate naming the Company as an "additional insured" for a
minimum of $1,000,000. The Applicant may cancel the policy after the
Company accepts ownership of the Line Extension.

(3) **Advance for Design, Specifications, Material Standards and Inspections**
The Applicant must advance the Company's estimated costs for design,
specifications, material standards and inspections. When the Applicant
has completed construction, the Company will determine its actual costs
and may adjust that portion of the Applicant's advance. If the actual costs
exceed the Applicant's advance, the Applicant must pay the difference
before the Company will accept and energize the Line Extension. If the
actual costs are less than the Applicant's advance, the Company will
refund the difference.

The Company will estimate the frequency of inspections and convey this
to the Applicant prior to the signing of the contract. For underground
Line Extensions, the Company may require that an inspector be present
whenever installation work is done.

(4) **Construction Standard**
The Applicant must construct the Line Extension in accordance with the
Company's design, specifications, and material standards and along the
Company's selected route. Otherwise, the Company will not accept or
energize the Line Extension.

(5) **Transfer of Ownership**
Upon approval of the construction, the Company will assume ownership
of the Line Extension. The Applicant must provide the Company
unencumbered title to the Line Extension.

(6) **Rights-of-Way**
The Applicant must provide to the Company all required rights-of-way,
easements and permits in accordance with paragraph 1.(k).

(7) **Contract Minimum Billing**
The Company may require the Applicant to pay a Contract Minimum
Billing as defined in paragraph 1.(b) in this regulation.                (C)



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

MAR 1 8 '97            MAR 1 9 '97

*Thomas L. Stallina* SECRETARY

CANCELLED
date 10/15/99
by 1st Rev 12R.10
NT-5

**I.P.U.C. No. 28**                                    **Original Sheet No. 12R.10**

---

(8)  **Deficiencies in Construction**                                      (C)
If, within 24 months of the time the Company energized the Line Extension, it determines that the Applicant provided deficient material or workmanship, the Applicant must pay the cost to correct the deficiency. At its discretion, the Company may require that the Applicant provide a faithful performance bond before the Applicant begins construction.

(9)  **Line Extension Value**
The Company will calculate the value of a Line Extension using its standard estimating methods. The Company will use the Line Extension Value to calculate Contract Minimum Billings, reimbursements, and refunds.

(10)  **Line Extension Allowance**
After assuming ownership, the Company will calculate the appropriate Extension Allowance. The Company will then reimburse the Applicant for the construction costs covered by the Extension Allowance, less the cost of any Company provided equipment or services, but in no case more than the Line Extension Value.

(b)  **Duplicate Service Facilities**
The Company will furnish Duplicate Service Facilities if the Customer advances the estimated costs for facilities in excess of those which the Company would otherwise provide. The Customer also must pay Facilities Charges for the Duplicate Facilities for as long as service is taken, but in no case less than five years.

(c)  **Emergency Service**
The Company will grant Applicants requesting Emergency Service an Extension Allowance of $90 per kW of estimated load. The Applicant must advance the costs exceeding the Extension Allowance prior to the start of construction. The Applicant must also pay a Contract Minimum Billing for as long as service is      (C)
taken, but in no case less than five years.



**IDAHO PUBLIC UTILITIES COMMISSION**
APPROVED                    EFFECTIVE

MAR 1 8 '97              MAR 1 9 '97

*Thomas L. Sallus* SECRETARY

CANCELLED
date 10/15/97
by 1st Rev 12.R11
NT-5

**I.P.U.C. No. 28**                                    **Original Sheet No. 12R.11**

(C)

(d) **Highly Fluctuating Loads**
The Company will furnish facilities for Highly Fluctuating Loads as defined in Regulation 2 of this tariff, provided that the Applicant agrees to advance to the Company the estimated installed cost of such facilities over the cost of facilities which the Company, in its sole discretion, would otherwise provide. The Applicant shall also pay a Contract Minimum Billing as long as service is taken but in no case less than five years. The Company reserves the right, should the effect of load fluctuations become in the Company's sole judgment a detriment to service to other Customers, to provide or require the Customer to provide corrective facilities. Where the Company provides such facilities the Customer shall pay the cost of all such facilities plus the associated Contract Minimum Billing.

(e) **Temporary Service**
The Company will provide Temporary Service by written agreement under the following provisions:

(1)   The Customer pays a Temporary Service Charge. This charge equals
   a.   the estimated installation cost, plus
   b.   the estimated removal cost, plus
   c.   the estimated cost for rearranging any existing facilities, less
   d.   the estimated salvage value of the facilities required to provide Temporary Service.

(2)   The Customer pays a Contract Minimum Billing based on the estimated installed cost of facilities, including transformers;

(3)   The Customer pays any advances required for sharing previous Extensions.

If a temporary Customer takes service continuously for 60 consecutive months from the date the Company first delivered service, the Company will classify them as permanent and refund any payment the Customer made over that required of a permanent Customer. The Company will not refund the Facilities Charges.

For installations requiring only a preassembled service connection loop, the temporary service charge shall be as specified in Schedule 14.

(C



CANCELLED
date 10 15 97
by 1st Rev 12R.11
NT-S

IDAHO PUBLIC UTILITIES COMMISSION
APPROVED          EFFECTIVE

MAR 18 '97        MAR 19 '97

*Myrna J. Wallace* SECRETARY

**I.P.U.C. No. 28**                    **Original Sheet No. 12R.12**

(f)  **Line Capacity in Excess of that Required**                           (C)
If the Company desires to construct lines having a larger capacity or more
expensive type of construction than is practical under the circumstances or
necessary in accordance with sound engineering standards and practices to
supply the energy requirements of Customers who obtain service in accordance
with this regulation, the cost of construction of that additional line capacity shall
be borne completely by the Company and not be considered in determining the
Contract Minimum Billing or advances made by Applicants for service.

6.  **RELOCATION OR REPLACEMENT OF FACILITIES**

(a)  **Relocation of Facilities**
If requested by an Applicant or Customer the Company will: relocate distribution
facilities on to, or adjacent to, the Customer's premises; and/or, replace existing
overhead distribution facilities with comparable underground. For overhead to
underground relocations, the new underground system must not impair the use
of the remaining overhead system. The Applicant or Customer must elect either:
to provide all trenching and backfilling, imported backfill material, conduits, and
equipment foundations that the Company requires for the Extension; or, to pay
the Company to provide these items.

In addition, the Applicant or Customer must advance the following:

(1)  The estimated installed cost of the new facilities plus the estimated
removal expense of the existing facilities, less

(2)  The estimated salvage value plus accrued depreciation of the facilities to
be removed.

This Advance is not refundable. The Company is not responsible for allocating
costs and responsibilities among multiple Applicants.

(b)  **Local Governments**
When required by a governmental entity in accordance with Idaho Code 50-2501
to 50-2523, the Company will replace existing overhead with underground
distribution facilities provided the entity pays the Company in accordance with
paragraph 6.(a) above, and provided the entity adopts an ordinance creating an
underground district requiring:

(1)  All existing overhead communication and electric distribution facilities be    (C
removed;



**IDAHO PUBLIC UTILITIES COMMISSION**
APPROVED                    EFFECTIVE

AUG 9 – '93              AUG 20 '93

*Myron Q. Stalder* SECRETARY



CANCELLED
date 3/19/97
by 2nd rev IPR.1
NTS

I.P.U.C. No. 28

First Revised Sheet No. 12R.1
Cancels Original Sheet No. 12R.1

## ELECTRIC SERVICE REGULATION NO. 12

### STATE OF IDAHO

### Line Extensions

1. **DEFINITIONS**

   (a) **Advance** -- Payment by the customer for the Extension costs in excess of the Extension Allowance.

   (b) **Extension** — Any branch from, or a continuation of, an existing Company owned transmission or distribution line. An extension may be for either single-phase or three-phase service. It may consist of the conversion of an existing single-phase line to three-phase with or without further extension of the three-phase line. It may also consist of additional capacity in existing lines or facilities. The Company will own, operate and maintain all extensions made under this regulation.

   (c) **Extension Allowance** -- That portion of the installed cost of an extension that the Company will bear without requiring a cash advance from the Applicant for service.

   (d) **Extension Cost** -- The total construction cost of the extension, including services, transformers, plus overheads, plus the cost of any additions to or rearrangement of present facilities necessary to serve the Customer. When the Applicant requests facilities which are in addition to, or in substitution for, the standard facilities which the Company normally would install, the extra costs of those facilities shall be paid by the Applicant.

   (e) **Permanent Service** — Service to Customers where continued use can be assured.

   (f) **Service Conductors** -- The secondary-voltage conductors and associated hardware, installed by the Company extending from the Company's pole line, underground secondary-voltage mains, secondary voltage terminals of a pad-mounted or underground transformer or from a secondary-voltage junction enclosure to the point of delivery.

2. **GENERAL PROVISIONS**

   (a) **Contracts** -- The Company shall not be required to build an extension greater than the applicable Extension Allowance unless the Applicant or the Customer has signed an acceptable contract. This contract may require guaranteeing payment of a minimum monthly charge in addition to any cash advance required under this regulation. In cases where the premises to be served is occupied by a tenant, the Company may require the property owner to sign the contract. Any contracted monthly minimum charge shall



**utah power & LIGHT COMPANY**

CANCELLED
date 3/19/97
by 2nd rev 12R.2
NT✗

I.P.U.C. No. 28                                     Original Sheet No. 12R.2

begin upon the date service is first delivered or 30 days after the completion of the extension whichever occurs first unless a later date is mutually agreed upon.

(b)  **Engineering Costs** – The Company will furnish an Applicant with a preliminary estimate of the costs of an extension without charge.  Applicants may be required to advance to the Company the estimated design, engineering and estimating cost associated with an Applicant's request for a binding proposal.

(c)  **Excess Construction Costs** – If, in the Company's judgement, an extension will entail excess construction costs the applicant will pay the Company a non-refundable cash advance in the amount of these excess costs.  Excess costs may include, but are not limited to, unusual costs incurred for obtaining rights-of-way, permit fees, provisions of special crews, overtime wages, use of special equipment and facilities, accelerated work schedules to meet the applicant's request, or difficult construction problems due to rock, frost, etc.  If excess costs must be paid by the customer, the customer will be given written notice of such charges and they will be due and payable prior to commencement of construction.

(d)  **Regulations Previously in Effect** – Line Extension contract obligations incurred under previous regulations shall continue in effect.  If a Customer has advanced funds for construction of an extension under the conditions established by a regulation or contract previously in effect, refunds resulting from additional Customers connecting to that extension will be made in accordance with the requirements of the regulation or contract under which the advance was made.

(e)  **Restrictions** -- Notwithstanding the provisions of this regulation, the extension of the Company's lines and service shall be subject to such restrictions as may be imposed from time to time, during war or other emergencies, by the laws of the United States, the State of Idaho, by executive and administrative proclamations, by orders or regulations of the Idaho Public Utilities Commission or by any lawful order of any regulatory authority or governmental body having jurisdiction.

(f)  **Routes, Easements and Rights-of-Way** -- The route of an extension shall be selected by the Company. All costs of rights-of-way, easements, or licenses to use land and for the clearing and preparation thereof incurred by the Company shall be the responsibility of the prospective customer.  The Company shall have the option to acquire at the Applicant's expense, or have the Customer assist the Company's Right-of-Way Department to acquire rights-of-way, easements and land use licenses to clear and prepare the land as required by the Company. The Customer shall allow the Company unencumbered access to the Customer's premises for all work deemed necessary by the Company.





CANCELLED
date 3/19/97
by 1st rev 12R.3
N.T.S

I.P.U.C. No. 28

Original Sheet No. 12R.3

3.   LINE EXTENSIONS - OVERHEAD
    (a)   **Residential Extensions:**
        (1)   a.   To supply permanent single residential electric service, the Company will construct up to 300 feet of single phase overhead distribution facilities and provide transformer, meter, and service [TMS+300 feet] at no cost to the Applicant.

            b.   In the case of multiple unit residential buildings, the Company will construct up to 300 feet of overhead distribution facilities and provide transformer, meter, and service facilities as required [TMS+300 feet] to each residential building at no cost to the Applicant.

        (2)   In the event that distribution facilities in excess of 300 feet are required, the Company will supply service provided that prior to the start of construction, the Applicant advances the cost of all facilities in excess of the Extension Allowance. For residential Applicants, the Company will grant an Extension Allowance consisting of the necessary transformer, meter and service plus 300 times the average cost per foot of all other distribution facilities installed to serve the Applicant.

        (3)   Where three phase residential service is requested, the Applicant shall pay the difference in cost between single phase and three phase service.

    (b)   **Non-Residential Extensions:**
        (1)   The Company will construct overhead line extensions, to supply permanent electric service for non-residential Applicants that require no more than 300 feet of distribution facilities at no cost to the Applicant. In the event that distribution facilities in excess of 300 feet are required, the Company will supply service provided that prior to the start of construction, the Applicant advances the cost of all facilities in excess of the Extension Allowance.

        (2)   For extensions in excess of 300 feet, the Company will grant an Extension Allowance consisting of either a. or b. below:

            a.   the necessary transformer, meter and service plus 300 times the average cost per foot of all distribution facilities installed to serve the Applicant;

            b.   an amount up to three [3] times the estimated annual revenue the Applicant would pay the Company.

        (3)   If the Extension Allowance is based on the estimated annual revenue, the Company will require the Applicant to pay a minimum charge for a term of five years. The minimum annual charge will be the greater of:

            a.   the Applicant's annual bill as determined by the application of the appropriate electric service schedule; or



CANCELLED
date 3/19/97
by 1st rev 128.4
NT-8

b.  an amount equal to 20% of the Extension Allowance granted the Applicant plus 40% of the Applicant's annual bill.

For seasonal irrigation customers subject to Electric Service Schedule No. 10, the minimum will be applied on a seasonal basis at the end of the season. For all other customers the minimum charge will be applied each billing cycle using one twelfth (1/12) of 20% of the Extension Allowance. Revenues in excess of those estimated shall constitute billing credits which will offset minimums already incurred or yet to be incurred during the five year term to which the minimum applies.

(4)  If an Applicant with a load in excess of 1000 kW terminates service or defaults during the first 10 years, the Applicant shall pay a termination charge equal to the cost of the Extension Allowance less 1/10th of such amount for each year that service has been rendered.

(c)  **Extension to Serve Residential Subdivisions:**

(1)  Electric distribution facilities will be installed, owned and maintained by the Company to and within residential subdivisions in advance of applications for service by ultimate users, only in accordance with a written agreement conforming to the provisions of this regulation.

(2)  The residential extension provisions of this regulation and the residential Extension Allowance shall apply to each residential Applicant of a subdivision. Upon written agreement with the Company the individual lot Extension Allowance of 300 feet which would not otherwise be used by the individual lot owners may be aggregated for use by the developer to apply to the primary line extension necessary to serve the subdivision. The assumption of such allowances by the developer shall only be allowed with respect to lots that in the Company's judgement can be expected to use electric service within two (2) years after the installation of the extension facilities. The developer and ultimate user must meet the line extension provisions of this regulation, including any required cash advance for obtaining the extension of electric facilities.

(d)  **Extension to Serve Local Improvement Districts**
Extensions to local improvement districts may be provided in accordance with the provisions of Idaho Code 50-2501 to 50-2523 and this regulation.

(e)  **Additional Customers, Advances and Refunds:**
During the first five years following the completion of an extension requiring an advance, each additional Applicant for service following the initial Applicant shall pay the Company, prior to connection, a proportionate share of the original extension, as provided below, less the additional applicant's available extension allowance. The proportionate share of the cost of the original extension up to the amount of the advance(s) shall be refunded to the original and subsequent applicant(s).



IDAHO PUBLIC UTILITIES COMMISSION
APPROVED                    EFFECTIVE

APR 26 '94          MAY 2 – '94

*Thyra L. Shaltus* SECRETARY

I.P.U.C. No. 28

**First Revised Sheet No. 12R.5**
**Cancels Original Sheet No. 12R.5**

Where
A =   [Shared footage of line] x [Average cost per foot of the line]

B =   Cost of the other shared distribution equipment, if applicable

C =   [New additional connected load] / [Total connected load]

Minimum guarantees will also be appropriately reduced. Any customer may assume, subject to acceptance by the Company, more than his/her proportionate share of the minimum charge, termination charge, and cash advance, if any.

4.   **LINE EXTENSIONS - UNDERGROUND**
Underground line extensions will be made only where practical, economically feasible and mutually agreed upon by the Company and the Applicant. The Applicant shall advance any payments which may be required in accordance with this regulation and any amounts which may be required to reimburse the Company for any overhead facilities to be removed. Except as provided below all other provisions and advance requirements of this regulation shall also apply to underground extensions.

On property that the Applicant is developing, such as residential subdivisions, business parks or on property it owns or controls, the Applicant will provide, or the Company will provide at the Applicant's expense all necessary trenching and back-filling including furnishing of any imported backfill material required, all permits and all restoration. Decisions regarding the necessity for the installation of underground facilities outside the confines of the Applicant's property shall be made by the Company. Applicants shall also pay to the Company in advance of construction of underground facilities the fee specified in Schedule 300 for each separately metered or billed customer. All such work shall be subject to Company inspection.

5.   **RELOCATION OF DISTRIBUTION FACILITIES**
   (a)   **Request by Individual Applicants**
      At the request of the Customer and upon advance payment, the Company will relocate existing facilities (including the conversion of overhead to underground distribution facilities) when such relocation is practical and such relocation does not impair the use of the remaining distribution system. The Applicant(s) shall pay in advance to the Company the non-refundable sum of:

      (1)   the estimated costs of the new facilities including associated operating costs, plus

      (2)   the removal expense of the existing facilities, less

      (3)   the salvage value of any existing facilities, less

      (4)   accrued depreciation of the existing overhead electric facilities to be removed.

      Also, the Customer must pay all costs for acquisition of rights-of-way, easements and/or licenses. Multiple Applicants shall be jointly responsible for any allocation, or assessment of costs and responsibilities among themselves.





CANCELLED
date 3/19/97
by 2nd rev 12R.6
NTS

**(b)   Request by Local Government**
When required by a governmental entity in accordance with Idaho Code 50-2501 to 50-2523, the Company will replace existing overhead with underground distribution facilities provided the entity pays the Company in accordance with paragraph 5.(a) above, and provided the entity will adopt an ordinance creating an underground district requiring:

(1)   that all existing overhead communication and electric distribution facilities in such district shall be removed,

(2)   that each property owner served from such overhead distribution facilities shall provide, in accordance with the Company's regulations for underground service, all electrical facility changes on his/her premises necessary to receive service from the underground facilities of the Company as soon as it is available, and

(3)   authorization to the Company to discontinue its overhead service on completion of the underground facilities.

**6.   LINE EXTENSIONS - EXCEPTIONS**

**(a)   Extensions of Lines Unsupported by Revenue**
Extensions for service at locations which will not have annual schedule revenues sufficient to reimburse the Company for Annually Incurred Costs will be furnished in accordance with the terms of a written contract.  These may include but are not limited to extensions to remote locations, for emergency situations or for testing.  The written contract shall provide that the Applicant advance to the Company the estimated cost of the extension less the necessary transformer, meter, service and 300 times the average cost per foot of all other distribution facilities installed to serve the Applicant plus pay Annually Incurred Costs on a monthly basis as specified in Schedule 300 in addition to charges in accordance with the applicable schedule for deliveries of power and energy.  The Annually Incurred Costs shall be based on the installed cost of all facilities installed to supply the requested service.

**(b)   Increased Capacity**
For extensions involving increased capacity of existing lines and facilities, the provisions of 3.(e) **Additional Customer, Advances and Refunds** of this regulation shall be applicable, provided however, only the new additional revenues to be derived from the extension shall be considered in those cases when the Extension Allowance is based on annual revenue.

**(c)   Highly Fluctuating Loads**
The Company will furnish facilities for Highly Fluctuating Loads as defined in Regulation 2 of this tariff, provided that the Applicant agrees to advance to the Company the estimated installed cost of such facilities over the cost of facilities which the Company, in its sole discretion, would otherwise provide.  The Applicant shall also pay Annually Incurred Costs on a monthly basis as specified in Schedule 300 for so long as service is taken hereunder for Highly Fluctuating Loads, in addition to charges in accordance with the applicable tariff electric service schedule for delivery of power and energy.  The Annually Incurred Costs shall be based on the installed cost of all facilities necessary to

**utah power**
& LIGHT COMPANY

CANCELLED
date _3|19|99_
by _S RW 12R.1_
_NTS_

supply the requested intermittent service. The Company reserves the right, should the effect of load fluctuations become, in the Company's sole judgment, a detriment to service to other Customers, to provide or require the Customer to provide corrective facilities. Where the Company provides such facilities the Customer shall pay the cost of all such facilities plus the associated Annually Incurred Costs.

(d) **Temporary Extensions**
For installations requiring only a preassembled service connection loop, the temporary service charge shall be as specified in Schedule 14. Extensions for Temporary Service, defined in Regulation 2 of this tariff, shall be provided only in accordance with a written agreement providing in part the following:

(1) A temporary service charge will be made in addition to the regular charges for service under the applicable electric service schedule. This charge shall be equal to the estimated installed cost, including any cost for rearrangement of existing facilities, plus the estimated removal cost, less the estimated salvage value of the facilities required for furnishing temporary service.

(2) In addition to the above, the Applicant shall be responsible for any line extension charges required under 3.(e) **Additional Customers, Advances and Refunds.**

(3) If electrical service to a temporary Customer is supplied on a continuous basis for a period of 60 consecutive months from the date service was first delivered under this regulation, the Customer may be classified as permanent and any payment made in excess of that required for permanent service shall be refunded to the Customer.

(e) **Applicant Installed Lines**
An Applicant for service may, upon Company approval and under unusual or extreme circumstances, arrange to have the required overhead line extensions, except for the installation of transformers, meters and services, constructed by an approved qualified electrical contractor. The Company will furnish the design and construction specifications for the extension at the Customer's expense. The Applicant shall, prior to beginning of construction, cause the contractor to furnish the Company a certificate naming the Company as additional insured, in an amount not less than one million dollars ($1,000,000), under the contractor's general liability policy. Following completion of the work of the contractor, the Company will make a final inspection of the construction at the Customer's cost. If the construction meets the Company's design and specifications, the Company will accept ownership and the Applicant shall provide to the Company title to the construction, together with all rights-of-way and easements required by the Company free and clear of any liens or encumbrances.

The Company shall not be required to accept any construction which is not in accordance with the Company's specifications and will have no obligation with regards to providing service from an Applicant-built line which does not meet the Company's specifications. Construction of an Applicant-built line shall be at sole risk of Applicant. Following the satisfaction of the requirements of this Paragraph (e), the Company will install the





CANCELLED
date 3/19/97
by 135 Rev 12R.9
NTS

I.P.U.C. No. 28                                                    Original Sheet No. 12R.8

necessary transformers, meters and services; energize the extension and make electric service available to the applicant.

(f)     **Line Capacity in Excess of that Required**
If the Company desires to construct lines having a larger capacity or more expensive type of construction than is practical under the circumstances or necessary in accordance with sound engineering standards and practices to supply the energy requirements of customers who obtain service in accordance with this regulation, the cost of construction of that additional line capacity shall be borne completely by the Company and not be considered in determining the annual revenue guarantees or cash advances made by applicants for service.

Issued by authority of Order No. 24809 of the Idaho Public Utilities Commission dated March 30, 1993 in I.P.U.C. Case No. UPL-E-93-1.

ISSUED: December 30, 1993                                    EFFECTIVE: April 1, 1993



## ELECTRIC SERVICE REGULATION NO. 10

## STATE OF IDAHO

### Overhead Line Extension Policy

1. **EXTENSIONS**

      An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

      Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a.    "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b.    "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c.    "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **EXTENSIONS TO PERMANENT SERVICE**

      Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a.    The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b.    The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c.    The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for initial period of five years are not less than one-third of the cost of the extension.

    d.    In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as



"Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3.   EXTENSIONS TO INDETERMINATE SERVICE**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a.    The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b.    The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

    c.    The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

        (a)    The expiration of five years from the beginning of service; or

        (b)    The amount of such credits is equal to the Customer's advance without interest.

**4.   TEMPORARY SERVICE**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied.  Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery.  Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed.  The minimum billing period is one month.  Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work.  Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5.   EXTENSION COST**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength



in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6.    MULTIPLE CUSTOMER EXTENSIONS**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7.    UNDERGROUND EXTENSIONS**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8.    GENERAL CONDITIONS**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

**9.    INCREASED CAPACITY**

(a)    In cases where extensions involve increasing the capacity of existing lines of facilities to meet Customers' additional requirements, only the additional revenues associated with the additional requirements of the Customer necessitating the extension shall be



with the additional requirements of the Customer necessitating the extension shall be considered to contribute to the financing of the extension. The guaranteed minimum bills for this type of extension shall be determined based on revenues over and above the revenue base. The "service thereon," referred to above, shall, in this case, represent only the additional service for which the extension is needed.

(b)     The revenue base shall be those revenues that would be received without the additional requirements of the Customer which necessitate the extension. The revenue base shall be calculated based on the actual revenues received during the consecutive twelve (12) month period immediately preceding the subject increase in the Customer's requirements unless this period is not representative of the normal operation of the Customer's facility. If this period does not represent normal operation, the revenue base shall be calculated for the normal consecutive twelve (12) month period of operation which most closely precedes the subject increase in the Customer's requirements. If no such actual normal period exists, an estimated consecutive twelve (12) month period may be used.

(c)     Credits to which customers may be entitled for extensions of this type, that is, for increasing the capacity of existing lines or facilities, shall be calculated based only on revenues over and above the revenue base.

Approved by the Idaho Public Utilities Commission on May 10, 1989.

ISSUED:     May 10, 1989                              EFFECTIVE:  May 11, 1989



## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### Underground Service

1. **GENERAL PROVISIONS**

    The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines.   Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.  The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.   When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

    There may be instances where the Company would prefer to serve the applicant underground - for example, where normal overhead construction would cost more.   The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2. **RESIDENTIAL DWELLINGS**

    (a) **Subdivisions Where Primary Distribution is Required**

    Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.  Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.   After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.  Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

    (b) **Dwellings Where Only Underground Secondary and/or Services from overhead Distribution are Required**

    In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but



can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

3.   **MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.   **GENERAL CONDITIONS**

a.     Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.     Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.     Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.   **CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.     The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.     The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.     The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.     The cost of obtaining any new easement that may be required.

6.   **EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section



I.P.U.C. No. 27                                                    Original Sheet No. 11R.3

Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Approved by the Idaho Public Utilities Commission on May 10, 1989.

ISSUED:  May 10, 1989                              EFFECTIVE:  May 11, 1989

Original Sheet No. 10R.1

UTAH POWER & LIGHT COMPANY                                          I.P.U.C. No. 23

## ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

#### Overhead Line Extension Policy

### 1. EXTENSIONS

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a.   "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b.   "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c.   "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

### 2. EXTENSIONS TO PERMANENT SERVICE

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a.   The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b.   The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c.   The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d.   In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

### 3. EXTENSIONS TO INDETERMINATE SERVICE

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a.   The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b.   The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

**UTAH POWER & LIGHT COMPANY**                                    **I.P.U.C. No. 23**

c.   The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

   (a)   The expiration of five years from the beginning of service; or

   (b)   The amount of such credits is equal to the Customer's advance without interest.

## 4.   TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.   EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.   MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.   UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

Original Sheet No. 10R.3

**UTAH POWER & LIGHT COMPANY**                    I.P.U.C. No. 23

## 8.   GENERAL CONDITIONS

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

## 9.   INCREASED CAPACITY

(a) In cases where extensions involve increasing the capacity of existing lines or facilities to meet Customers' additional requirements, only the additional revenues associated with the additional requirements of the Customer necessitating the extension shall be considered to contribute to the financing of the extension. The guaranteed minimum bills for this type of extension shall be determined based on revenues over and above the revenue base. The "service thereon," referred to above, shall, in this case, represent only the additional service for which the extension is needed.

(b) The revenue base shall be those revenues that would be received without the additional requirements of the Customer which necessitate the extension. The revenue base shall be calculated based on the actual revenues received during the consecutive twelve (12) month period immediately preceding the subject increase in the Customer's requirements unless this period is not representative of the normal operation of the Customer's facility. If this period does not represent normal operation, the revenue base shall be calculated for the normal consecutive twelve (12) month period of operation which most closely precedes the subject increase in the Customer's requirements. If no such actual normal period exists, an estimated consecutive twelve (12) month period may be used.

(c) Credits to which customers may be entitled for extensions of this type, that is, for increasing the capacity of existing lines or facilities, shall be calculated based only on revenues over and above the revenue base.

Issued by authority of Order No. 20372 of the Idaho Public Utilities Commission dated April 10, 1986, in I.P.U.C. Case No. U-1009-157.

**ISSUED:**  April 14, 1985                      **EFFECTIVE:**  April 10, 1986

Original Sheet No. 11R.1

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 23

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### Underground Service

1.  GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole con-
struction of transmission and distribution lines.  Underground service, primary and/or
secondary from the Company's overhead system will be supplied upon request.  The
Company will install, own and maintain all underground facilities to the Point of Delivery
except as hereinafter noted.  When a person, group of persons, firm or corporation,
hereinafter designated as "applicant," requests underground service, he will be required
to pay the difference in the estimated cost of providing the underground service over
the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant
underground – for example, where normal overhead construction would cost more.  The
Company may, in these instances, require the applicant to take underground delivery by
providing the underground facilities to the Point of Delivery without added cost to the
applicant.

2.  RESIDENTIAL DWELLINGS

(a)  Subdivisions Where Primary Distribution is Required

Company will provide underground residential distribution service to single-family
dwellings in new housing developments of contiguous separate lots on a single parcel of
land where underground primary distribution is required, upon the condition that appli-
cant shall pay to the Company in advance of construction of underground facilities $50
per lot for each lot in the development to which electric service is made available and, in
addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate
the service trench, provide and install service cables and backfill the service trench, all
in conformity with Company specifications.  Ownership of all service cables installed by
applicant between the secondary system of the Company to the Point of Delivery shall be
transferred without cost to the Company and shall become and remain the property of
the Company.  After installation of service cables, Company upon proper notification by
applicant, will make all necessary connections of service cables with Company's secondary
system and thereafter Company will operate and maintain all service cables so installed
between the Company's secondary system and the Point of Delivery.  Should applicant so
elect, Company will provide and install service cables upon condition that applicant pay
Company therefor the actual cost incurred by Company in furnishing service cable instal-
lations.

(b)  Dwellings Where Only Underground Secondary and/or Services from
Overhead Distribution are Required

In providing underground distribution service to residential dwellings, including
mobile homes and house trailers, which do not require underground primary distribution
but can be served with underground secondary and/or services from existing overhead
distribution facilities, the applicant shall pay to Company, in advance of construction of
such underground service facilities, the difference between the estimated cost of the
required underground facilities and the estimated cost of an equivalent overhead distri-
bution system.

**UTAH POWER & LIGHT COMPANY**                                    **I.P.U.C. No. 23**

**3.   MOBILE HOME AND HOUSE TRAILER PARKS**

    The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications.  Company's installation will be along the rear lot lines of the spaces.  Meter pedestals will be furnished by the applicant and installed by the Company.  Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4.   GENERAL CONDITIONS**

    a.   Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

    b.   Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company.  In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

    c.   Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5.   CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

    The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant.  The applicant will be required to pay the Company's cost of such conversion determined as follows:

    a.   The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

    b.   The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

    c.   The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

    d.   The cost of obtaining any new easement that may be required.

**6.   EXTENSIONS**

    When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system.  Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 20372 of the Idaho Public Utilities Commission dated April 10, 1986, in I.P.U.C. Case No. U-1009-157.

**ISSUED:** April 14, 1985                                    **EFFECTIVE:** April 10, 1986

UTAH POWER & LIGHT COMPANY                    I.P.U.C. No. 22 (Alternative)

## ELECTRIC SERVICE REGULATION NO. 10

## STATE OF IDAHO

### Overhead Line Extension Policy

1.   **EXTENSIONS**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a.   "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b.   "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c.   "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2.   **EXTENSIONS TO PERMANENT SERVICE**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a.   The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b.   The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c.   The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d.   In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3.   **EXTENSIONS TO INDETERMINATE SERVICE**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a.   The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b.   The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

**UTAH POWER & LIGHT COMPANY**                    **I.P.U.C. No. 22 (Alternative)**

c.  The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

    (a)  The expiration of five years from the beginning of service; or

    (b)  The amount of such credits is equal to the Customer's advance without interest.

## 4.  TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.  EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.  MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.  UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

Original Sheet No. 10R.3

UTAH POWER & LIGHT COMPANY                    I.P.U.C. No. 22 (Alternative)

8.   GENERAL CONDITIONS

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19211 of the Idaho Public Utilities Commission dated October 29, 1984, in I.P.U.C. Case No. U-1009-137, to automatically become effective immediately upon the adoption by F.E.R.C. of an 8-CP interjurisdictional allocation methodology.

ISSUED:  March 7, 1985          EFFECTIVE:  Immediately and automatically upon the
                                            adoption by F.E.R.C. of an 8-CP inter-
                                            jurisdictional allocation methodology.
                                            November 26, 1985

UTAH POWER & LIGHT COMPANY

I.P.U.C. No. 22 (Alternative)

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

#### Underground Service

1. **GENERAL PROVISIONS**

    The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

    There may be instances where the Company would prefer to serve the applicant underground - for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2. **RESIDENTIAL DWELLINGS**

    (a) **Subdivisions Where Primary Distribution is Required**

    Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

    (b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

    In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

UTAH POWER & LIGHT COMPANY                        I.P.U.C. No. 22 (Alternative)

3.  MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.  GENERAL CONDITIONS

a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.  CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.  The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.  The cost of obtaining any new easement that may be required.

6.  EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19211 of the Idaho Public Utilities Commission dated October 29, 1984, in I.P.U.C. Case No. U-1009-137, to automatically become effective immediately upon the adoption by F.E.R.C. of an 8-CP interjurisdictional allocation methodology.

ISSUED:  March 7, 1985            EFFECTIVE:  Immediately and automatically upon the
                                              adoption by F.E.R.C. of an 8-CP inter-
                                              jurisdictional allocation methodology.
                                              November 26, 1985

SUPERSEDED BY *91-26-85*

Original Sheet No. 10R.1

| | |
|---|---|
| **UTAH POWER & LIGHT COMPANY** | **I.P.U.C. No. 22** |

### ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

---

#### Overhead Line Extension Policy

---

**1.   EXTENSIONS**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a.   "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b.   "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c.   "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2.   EXTENSIONS TO PERMANENT SERVICE**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a.   The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b.   The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c.   The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d.   In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3.   EXTENSIONS TO INDETERMINATE SERVICE**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a.   The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b.   The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUPERSEDED BY *11-26-85*

UTAH POWER & LIGHT COMPANY                                I.P.U.C. No. 22

c.   The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

(a)   The expiration of five years from the beginning of service; or

(b)   The amount of such credits is equal to the Customer's advance without interest.

## 4.   TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.   EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.   MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.   UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

SUPERSEDED BY  1-26-85

Original Sheet No. 10R.3

**UTAH POWER & LIGHT COMPANY**                    I.P.U.C. No. 22

8.   GENERAL CONDITIONS

     The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension.  The Company will own, operate and maintain all extensions made under this rule.  Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19441 of the Idaho Public Utilities Commission dated February 8, 1985, in I.P.U.C. Case No. U-1009-137.

ISSUED:  February 14, 1985                    EFFECTIVE:  February 15, 1985

11-26-85

SUPERSEDED BY

Original Sheet No. 11R.1

UTAH POWER & LIGHT COMPANY

I.P.U.C. No. 22

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

#### Underground Service

1. **GENERAL PROVISIONS**

    The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines.  Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.  The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.  When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

    There may be instances where the Company would prefer to serve the applicant underground - for example, where normal overhead construction would cost more.  The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2. **RESIDENTIAL DWELLINGS**

    (a) **Subdivisions Where Primary Distribution is Required**

    Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.  Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.  After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.  Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

    (b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

    In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

11-26-85

SUPERSEDING

UTAH POWER & LIGHT COMPANY                    I.P.U.C. No. 22

3.  MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.  GENERAL CONDITIONS

a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.  CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.  The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.  The cost of obtaining any new easement that may be required.

6.  EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19441 of the Idaho Public Utilities Commission dated February 8, 1985, in I.P.U.C. Case No. U-1009-137.

ISSUED:  February 14, 1985                    EFFECTIVE:  February 15, 1985

SEE ETTERED  2-15-85

* **Original Sheet No. 10R.1**

| UTAH POWER & LIGHT COMPANY | I.P.U.C. No. 21 |
|---|---|

### ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

#### Overhead Line Extension Policy

### 1.   EXTENSIONS

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a.   "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b.   "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c.   "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

### 2.   EXTENSIONS TO PERMANENT SERVICE

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a.   The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b.   The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c.   The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d.   In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

### 3.   EXTENSIONS TO INDETERMINATE SERVICE

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a.   The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b.   The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUPERSEDED 2-15-85

Original Sheet No. 10R.2

UTAH POWER & LIGHT COMPANY                    I.P.U.C. No. 21

c.  The Company will credit any Customer having made an advance as above provided
with one-third of his monthly bill, or one-third of his monthly minimum guaranteed
bill, whichever be larger, from the date of beginning service, until, but not after:

(a)  The expiration of five years from the beginning of service; or

(b)  The amount of such credits is equal to the Customer's advance without in-
terest.

## 4. TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction
with such regularly filed schedule as shall be designated by the Company and is other-
wise applicable to the type of service to be supplied. Furnishing of such service is
contingent upon there being available capacity at the point of delivery and does not
obligate the Company to furnish service after a period of disconnection, to extend or
renew any agreement for service, to furnish additional service at such point of delivery,
or to supply service at any other point of delivery. Monthly billing shall be in accord-
ance with the terms of the applicable schedule, except that the minimum billing shall in
no event be less than $5.00 for the period the meter is installed. The minimum billing
period is one month. Where it is necessary for the Company in order to supply service
hereunder to extend lines, erect transformers, make enlargement of any part of its
system, or do other work, the Customer shall pay in advance the estimated cost of such
work. Adjustments taking into consideration cost of removal and credit for salvage value
of material recovered, will be made with the Customer initially or after termination of
service at the option of the Company.

## 5. EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not
include or be determined with reference to provision for additional capacity, size or
strength in excess of that actually necessary to meet the requirements of the Customer
or Customers to be then served and the requirements of the National Electrical Safety
Code.

This rule is not to be interpreted as a prohibition against the construction by
Company of an extension having more than sufficient capacity, size or strength to meet
the requirements of the Customers to be then served, provided the additional capacity,
size or strength is constructed by the Company without obligation to the Customers to
be then served.

## 6. MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaran-
teed minimum total bills and cash advance required, if any, shall be divided among the
Customers on the basis of the Company's estimate of the proportion each Customer's
connected load bears to the total connected load. However, any Customer may assume,
subject to acceptance by Company, more than his proportionate share of the guaranteed
minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the
initial five (5) year service period, the guaranteed minimum total bills and cash advance
required, if any, shall be redetermined by the Company for the balance of the initial
five (5) year service period and divided among the original Customer or Customers and
the additional Customers on the basis of the Company's estimate of the proportion each
Customer's connected load bears to the total connected load. Appropriate adjustment shall
be made by the Company to the original Customer's or Customers' guaranteed minimum
bills and the Company shall refund an appropriate amount of the original Customer's or
Customers' cash advance, if any. However, any original or additional Customer may
assume, subject to acceptance by the Company, more than his proportionate share of the
redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7. UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood
pole construction of transmission and distribution lines, underground extensions will be
made under the terms and provisions set forth in Electric Service Regulation No. 11,
Underground Service.



SUPERSEDING  2-15-85

| UTAH POWER & LIGHT COMPANY | I.P.U.C. No. 21 |
|---|---|

8.  GENERAL CONDITIONS

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19101 of the Idaho Public Utilities Commission dated September 10, 1984, in I.P.U.C. Case No. U-1009-137, subject to replacement by Company's 8-CP Alternative Tariff should Utah and Wyoming adopt an 8-CP interjurisdictional allocation methodology.

ISSUED:  September 12, 1984                          EFFECTIVE:  September 13, 1984

SUPER... ...  2-15-85

Original Sheet No. 11R.1

UTAH POWER & LIGHT COMPANY                         I.P.U.C. No. 21

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

**Underground Service**

1.  **GENERAL PROVISIONS**

     The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines.  Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.  The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.  When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

     There may be instances where the Company would prefer to serve the applicant underground – for example, where normal overhead construction would cost more.  The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2.  **RESIDENTIAL DWELLINGS**

     (a)  **Subdivisions Where Primary Distribution is Required**

     Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.  Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.  After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.  Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

     (b)  **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

     In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

SUPERSEDED 2-15-85 

Original Sheet No. 11R.2

| UTAH POWER & LIGHT COMPANY | I.P.U.C. No. 21 |
|---|---|

3.   **MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications.  Company's installation will be along the rear lot lines of the spaces.  Meter pedestals will be furnished by the applicant and installed by the Company.  Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.   **GENERAL CONDITIONS**

a.   Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.   Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company.  In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.   Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.   **CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant.  The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.   The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.   The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.   The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.   The cost of obtaining any new easement that may be required.

6.   **EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system.  Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on one (1) day's notice to the Commission and to the public by authority of Order No. 19101 of the Idaho Public Utilities Commission dated September 10, 1984, in I.P.U.C. Case No. U-1009-137, subject to replacement by Company's 8-CP Alternative Tariff should Utah and Wyoming adopt an 8-CP interjurisdictional allocation methodology.

ISSUED:   September 12, 1984                    EFFECTIVE:   September 13, 1984

SUPERSEDED BY  $9-13-04$

UTAH POWER & LIGHT COMPANY                    Interim I.P.U.C. No. 21

### ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

#### Overhead Line Extension Policy

1.  **EXTENSIONS**

    An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

    Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a.  "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b.  "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c.  "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2.  **EXTENSIONS TO PERMANENT SERVICE**

    Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a.  The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b.  The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c.  The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

    d.  In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3.  **EXTENSIONS TO INDETERMINATE SERVICE**

    For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a.  The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b.  The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUPERSEDED BY *7-13*84

UTAH POWER & LIGHT COMPANY                                    Interim I.P.U.C. No. 21

    c.   The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

       (a)  The expiration of five years from the beginning of service; or

       (b)  The amount of such credits is equal to the Customer's advance without interest.

## 4.   TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.   EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.   MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.   UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

 SUPERSEDED BY *9-13-84*

UTAH POWER & LIGHT COMPANY                                    Interim I.P.U.C. No. 21

8.   GENERAL CONDITIONS

        The requirement for guaranteed minimum bills may be waived when the Company's
estimate of revenue from the extension justifies the cost of the extension.  The Company
will own, operate and maintain all extensions made under this rule.  Extensions costing
in excess of seven (7) times the annual revenue guaranteed by Customers to be served
by such extensions or for seasonal service or from a source of energy having a voltage
in excess of 15,000 volts may require special contractual arrangements between the
Company and the Customer to justify the construction of said extension.

        Issued on not less than one (1) day's notice to the Commission and to the public by
authority of Order No. 18833 of the Idaho Public Utilities Commission dated April 30, 1984, in
I.P.U.C. Case No. U-1009-137.  This order for interim relief is subject to refund.

ISSUED:  May 3, 1984                                         EFFECTIVE:  May 4, 1984

SUPERSEDED BY 9-13-84

UTAH POWER & LIGHT COMPANY                                   Interim I.P.U.C. No. 21

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

Underground Service

---

1. **GENERAL PROVISIONS**

   The Company's rates for electric service are based upon overhead wood pole con-struction of transmission and distribution lines.  Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.  The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.  When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

   There may be instances where the Company would prefer to serve the applicant underground – for example, where normal overhead construction would cost more.  The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2. **RESIDENTIAL DWELLINGS**

   (a) Subdivisions Where Primary Distribution is Required

   Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that appli-cant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.  Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.  After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.  Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable instal-lations.

   (b) Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required

   In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distri-bution system.

● SUPERSEDED BY 9-13-8●

UTAH POWER & LIGHT COMPANY                           Interim I.P.U.C. No. 21

3.   MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications.   Company's installation will be along the rear lot lines of the spaces.   Meter pedestals will be furnished by the applicant and installed by the Company.   Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.   GENERAL CONDITIONS

a.   Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.   Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company.   In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.   Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.   CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant.   The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.   The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.   The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.   The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.   The cost of obtaining any new easement that may be required.

6.   EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on not less than one (1) day's notice to the Commission and to the public by authority of Order No. 18833 of the Idaho Public Utilities Commission dated April 30, 1984, in I.P.U.C. Case No. U-1009-137.   This order for interim relief is subject to refund.

ISSUED:  May 3, 1984                              EFFECTIVE:  May 4, 1984

SUPERSEDED BY 5-4-84

UTAH POWER & LIGHT COMPANY                                      I.P.U.C. No. 20

### ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

#### Overhead Line Extension Policy

1. **EXTENSIONS**

    An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

    Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a.  "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b.  "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c.  "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **EXTENSIONS TO PERMANENT SERVICE**

    Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a.  The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b.  The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c.  The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

    d.  In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3. **EXTENSIONS TO INDETERMINATE SERVICE**

    For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a.  The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b.  The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUSPENDED BY   5-4-84   Revised Sheet No. 10R.2
Cancels Original Sheet No. 10R.2

UTAH POWER & LIGHT COMPANY                          I.P.U.C. No. 20

    c.   The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:

       (a)  The expiration of five years from the beginning of service; or

       (b)  The amount of such credits is equal to the Customer's advance without interest.

## 4.  TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.  EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.  MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.  UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

SUPERSEDED BY 5-4-84   First Revised Sheet No. 10R.3
Cancels Original Sheet No. 10R.3

UTAH POWER & LIGHT COMPANY                                      I.P.U.C. No. 20

8.   GENERAL CONDITIONS

     The requirement for guaranteed minimum bills may be waived when the Company's
estimate of revenue from the extension justifies the cost of the extension.   The Company
will own, operate and maintain all extensions made under this rule.   Extensions costing
in excess of seven (7) times the annual revenue guaranteed by Customers to be served
by such extensions or for seasonal service or from a source of energy having a voltage
in excess of 15,000 volts may require special contractual arrangements between the
Company and the Customer to justify the construction of said extension.

     Issued on not less than one day's notice to the Commission and to the public by authority
of Order No. 17707 of the Idaho Public Utilities Commission dated November 10, 1982 in Case
I.P.U.C. No. U-1009-120.

ISSUED:  November 17, 1982                    EFFECTIVE:  November 18, 1982

SUPERSEDED BY 5 - 4 - 84

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 20

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

**Underground Service**

---

### 1.  GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines.  Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.  The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.  When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground – for example, where normal overhead construction would cost more.  The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

### 2.  RESIDENTIAL DWELLINGS

(a)  Subdivisions Where Primary Distribution is Required

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.  Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.  After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.  Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b)  Dwellings Where Only Underground Secondary and/or Services from
     Overhead Distribution are Required

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

SUPERSEDED BY 5-7-84

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 20

3.   MOBILE HOME AND HOUSE TRAILER PARKS

     The Company will provide underground distribution service to individually supplied
and metered mobile home or house trailer spaces in mobile home or house trailer parks of
contiguous spaces on a single parcel of land where underground primary distribution is
required, at no additional cost to the applicant provided the underground installation is
made according to Company's specifications.  Company's installation will be along the
rear lot lines of the spaces.  Meter pedestals will be furnished by the applicant and
installed by the Company.  Applicant will install, own, operate and maintain the services
from the meter pedestal to the mobile home or house trailer.

4.   GENERAL CONDITIONS

     a.   Applicant shall grant such easements to Company as Company shall deem necessary
          for the installation, operation and maintenance of the underground distribution
          system provided under these regulations.

     b.   Applicant must grade surface within three inches (3") of final grade to the satisfac-
          tion of Company.  In the event any change in the final grade necessitates a change
          in the underground distribution system, applicant shall fully reimburse Company for
          the cost of such changes.

     c.   Applicant shall install and maintain survey stakes indicating grades and property
          lines and shall make no permanent surface improvements unless previously approved
          by Company before the Company begins installation of the underground distribution
          system.

5.   CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

     The Company will remove existing overhead lines and install underground facilities
to replace them at the request of an applicant.  The applicant will be required to pay
the Company's cost of such conversion determined as follows:

     a.   The original cost less accrued depreciation of the existing overhead electric facili-
          ties to be removed.

     b.   The estimated cost of removing the existing overhead facilities, less the salvage
          value of the facilities removed.

     c.   The amount, if any, by which the installed cost of the new underground facilities
          exceed the original cost of the existing overhead electric facilities.

     d.   The cost of obtaining any new easement that may be required.

6.   EXTENSIONS

     When the estimated cost of an equivalent overhead system is such that the extension
of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric
Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2
or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the esti-
mated cost of the equivalent overhead system. Underground extensions for temporary
service will be made by the Company in accord with Section 4 of Electric Service Regula-
tion No. 10.

     Issued on not less than one day's notice to the Commission and to the public by authority
of Order No. 17707 of the Idaho Public Utilities Commission dated November 10, 1982 in Case
I.P.U.C. No. U-1009-120.

SUPERSEDED BY 5-18-82

UTAH POWER & LIGHT COMPANY                                     I.P.U.C. No. 20

## ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

---

### Overhead Line Extension Policy

---

1.  **EXTENSIONS**

    An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

    Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a.  "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b.  "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c.  "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2.  **EXTENSIONS TO PERMANENT SERVICE**

    Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a.  The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b.  The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c.  The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

    d.  In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3.  **EXTENSIONS TO INDETERMINATE SERVICE**

    For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a.  The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b.  The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUPERSEDED BY 11-18-8

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 20

c.  The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

(a)  The expiration of five years from the beginning of service; or

(b)  The amount of such credits is equal to the Customer's advance without interest.

## 4.  TEMPORARY SERVICE

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

## 5.  EXTENSION COST

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

## 6.  MULTIPLE CUSTOMER EXTENSIONS

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

## 7.  UNDERGROUND EXTENSIONS

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

SUPERSEDED BY  //-●8-82

Original Sheet No. 10R.3

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 20

8.   GENERAL CONDITIONS

        The requirement for guaranteed minimum bills may be waived when the Company's
estimate of revenue from the extension justifies the cost of the extension.  The Company
will own, operate and maintain all extensions made under this rule.  Extensions costing
in excess of seven (7) times the annual revenue guaranteed by Customers to be served
by such extensions or for seasonal service or from a source of energy having a voltage
in excess of 15,000 volts may require special contractual arrangements between the
Company and the Customer to justify the construction of said extension.

        Issued on less than one day's notice to the Commission and to the public by authority by
Order No. 17602 of the Idaho Public Utilities Commission dated September 27, 1982 in Case
I.P.U.C. Nos. U-1009-120, U-1009-124 and P-300-18.

ISSUED:  October 1, 1982                         EFFECTIVE:  October 1, 1982

UTAH POWER & LIGHT COMPANY                                I.P.U.C. No. 20

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

### Underground Service

---

### 1.   GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request.   The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted.   When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground – for example, where normal overhead construction would cost more.   The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

### 2.   RESIDENTIAL DWELLINGS

#### (a)   Subdivisions Where Primary Distribution is Required

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications.   Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company.   After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery.   Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

#### (b)   Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

SUPERSEDED BY  //-/8-92  Original Sheet No. 11R.2

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 20

3.  MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications.  Company's installation will be along the rear lot lines of the spaces.  Meter pedestals will be furnished by the applicant and installed by the Company.  Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

4.  GENERAL CONDITIONS

a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company.  In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

5.  CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant.  The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.  The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d.  The cost of obtaining any new easement that may be required.

6.  EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system.  Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on less than one day's notice to the Commission and to the public by authority by Order No. 17602 of the Idaho Public Utilities Commission dated September 27, 1982 in Case I.P.U.C. Nos. U-1009-120, U-1009-124 and P-300-18.

ISSUED:  October 1, 1982                          EFFECTIVE:  October 1, 1982

SUPER~~SEDED~~ BY *10-1-8*   Original Sheet No. 10R.1

UTAH POWER & LIGHT COMPANY                                      I.P.U.C. No. 19

## ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

---

### OVERHEAD LINE EXTENSION POLICY

---

**1.   Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a.   "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b.   "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c.   "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2.   Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a.   The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b.   The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c.   The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d.   In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3.   Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a.   The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b.   The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

SUPERSEDED BY 10-6.82

Original Sheet No. 10R.2

UTAH POWER & LIGHT COMPANY                                        I.P.U.C. No. 19

c.   The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

(a)   The expiration of five years from the beginning of service; or

(b)   The amount of such credits is equal to the Customer's advance without interest.

**4.   Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5.   Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6.   Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7.   Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

SUPERSEDED BY /0-~-82

Original Sheet No. 10R.3

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 19

8.   **General Conditions**

·   The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension.  The Company will own, operate and maintain all extensions made under this rule.  Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 16788 of the Idaho Public Utilities Commission dated September 30, 1981 in Case I.P.U.C. No. U-1009-114.

ISSUED: October 2, 1981                    EFFECTIVE:  October 3, 1981

SUPERSEDED BY *10 1-82*

Original Sheet No. 11R.1

UTAH POWER & LIGHT COMPANY

I.P.U.C. No. 19

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

### UNDERGROUND SERVICE

---

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground - for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

   **(a) Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

   **(b) Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

SUPERSEDED BY *10-1-82*

Original Sheet No. 11R.2

UTAH POWER & LIGHT COMPANY          I.P.U.C. No. 19

### 3. MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

### 4. GENERAL CONDITIONS

a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

### 5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c. The amount, if any, by which the installed cost of the new underground facilities exceed the original cost of the existing overhead electric facilities.

d. The cost of obtaining any new easement that may be required.

### 6. EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 16788 of the Idaho Public Utilities Commission dated September 30, 1981 in Case I.P.U.C. No. U-1009-114.

ISSUED:  October 2, 1981          EFFECTIVE:  October 3, 1981

**UTAH POWER & LIGHT COMPANY**

I.P.U.C. No. 18

## ELECTRIC SERVICE REGULATION NO. 10
### STATE OF IDAHO
### OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

    d. In the event anticipated revenue is less than to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

    c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:

        (a) The expiration of five years from the beginning of service; or

        (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 16491 of the Idaho Public Utilities Commission dated May 15, 1981 in Case I.P.U.C. No. U-1009-114.

ISSUED:  May 18, 1981

EFFECTIVE:  May 27, 1981

**SUPERSEDED BY**

UTAH POWER & LIGHT COMPANY

I.P.U.C. No. 18

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

(a) **Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $30 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c. The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d. The cost of obtaining any new easement that may be required.

**6. EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 16491 of the Idaho Public Utilities Commission dated May 15, 1981 in Case I.P.U.C. No. U-1009-114.

ISSUED:   May 18, 1981                                              EFFECTIVE:   May 27, 1981

SUPERSEDED 5-27-81

Original Sheet No. 10R

I.P.U.C. No. 16

**UTAH POWER & LIGHT COMPANY**

## ELECTRIC SERVICE REGULATION NO. 10
### STATE OF IDAHO
### OVERHEAD LINE EXTENSION POLICY

1. **Extensions**
   An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.
   Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:
   a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.
   b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.
   c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **Extensions to Permanent Service**
   Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or Applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:
   a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."
   b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.
   c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.
   d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3. **Extensions to Indeterminate Service**
   For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:
   a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.
   b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.
   c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:
      (a) The expiration of five years from the beginning of service; or
      (b) The amount of such credits is equal to the Customer's advance without interest.

4. **Temporary Service**
   This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

5. **Extension Cost**
   Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.
   This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

6. **Multiple Customer Extensions**
   Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.
   When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

7. **Underground Extensions**
   Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

8. **General Conditions**
   The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

   Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 15408 of the Idaho Public Utilities Commission dated March 26, 1980 in Case I.P.U.C. No. U-1009-107.

ISSUED:   March 31, 1980

EFFECTIVE:   April 1, 1980

SUPERSEDED

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**                                  L.P.U.C. No. 10

# ELECTRIC SERVICE REGULATION NO. 11

## STATE OF IDAHO

## UNDERGROUND SERVICE

**1.   GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2.   RESIDENTIAL DWELLINGS**

**(a)   Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company . . . shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

**(b)   Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3.   MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4.   GENERAL CONDITIONS**

a.   Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.   Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.   Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5.   CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.   The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.   The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.   The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d.   The cost of obtaining any new easement that may be required.

**6.   EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3. Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 15408 of the Idaho Public Utilities Commission dated March 26, 1980 in Case I.P.U.C. No. U-1009-107.

ISSUED:  March 31, 1980                                EFFECTIVE:   April 1, 1980

SUPERSEDED BY 4-1-80

Original Sheet No. 10R

UTAH POWER & LIGHT COMPANY

**ELECTRIC SERVICE REGULATION NO. 10**
**STATE OF IDAHO**

I.P.U.C. No. 15.

**OVERHEAD LINE EXTENSION POLICY**

1. **Extensions**
   An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.
   Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:
   a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.
   b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.
   c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **Extensions to Permanent Service**
   Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:
   a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."
   b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.
   c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.
   d. In the event anticipated revenue is less than to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3. **Extensions to Indeterminate Service**
   For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost.
   a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.
   b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.
   c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:
      (a) The expiration of five years from the beginning of service, or
      (b) The amount of such credits is equal to the Customer's advance without interest.

4. **Temporary Service**
   This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of discontinuance, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

5. **Extension Cost**
   Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.
   This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

6. **Multiple Customer Extensions**
   Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.
   When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

7. **Underground Extensions**
   Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

8. **General Conditions**
   The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

   Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 14683 of the Idaho Public Utilities Commission dated June 8, 1979 in Case I.P.U.C. No. U-1009-100.

ISSUED: June 14, 1979

EFFECTIVE: June 15, 1979

Case 4:96-cv-00308-BLW   Document 203   Filed 04/02/02   Page 100 of 118

SUPERSEDED BY

**UTAH POWER & LIGHT COMPANY**                                    LP.U.C. No. 15

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

#### UNDERGROUND SERVICE

---

**1. GENERAL PROVISIONS**

   The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

   There may be instances where the Company would prefer to serve the applicant underground — for example, where normal construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

   **(a)  Subdivisions Where Primary Distribution is Required**

   Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

   **(b)  Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

   In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

   The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

   a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.
   b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.
   c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

   The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The Applicant will be required to pay the Company's cost of such conversion determined as follows:

   a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.
   b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.
   c.  The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.
   d.  The cost of obtaining any new easement that may be required.

**6. EXTENSIONS**

   When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

   Issued on not less than one day's notice to the Commission and to the public by authority of Order No. 14683 of the Idaho Public Utilities Commission dated June 8, 1979 in Case I.P.U.C. No. U-1009-106.

ISSUED: June 14, 1979                                            EFFECTIVE: June 15, 1979

SUPERSEDED BY 

Original Sheet No. 10R

---

**UTAH POWER & LIGHT COMPANY**                                      I.P.U.C. No. 14

## ELECTRIC SERVICE REGULATION NO. 10
## STATE OF IDAHO

### OVERHEAD LINE EXTENSION POLICY

1. **Extensions**
     An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.
     Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:
   a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.
   b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.
   c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **Extensions to Permanent Service**
     Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension.
   a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."
   b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.
   c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.
   d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3. **Extensions to Indeterminate Service**
     For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:
   a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.
   b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.
   c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:
      (a) The expiration of five years from the beginning of service; or
      (b) The amount of such credits is equal to the Customer's advance without interest.

4. **Temporary Service**
     This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of discontinuance, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

5. **Extension Cost**
     Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.
     This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

6. **Multiple Customer Extensions**
     Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.
     When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company should refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

7. **Underground Extensions**
     Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

8. **General Conditions**
     The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

     Issued by authority of Order No. 14430 of the Idaho Public Utilities Commission dated February 8, 1979 in Case No. U-1009-96.

ISSUED: February 26, 1979                                      EFFECTIVE: March 2, 1979

SUPERSEDED BY 6 - 79

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**      I.P.U.C. No. 14

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant" requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

(a) **Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the run lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c. The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d. The cost of obtaining any new easement that may be required.

**6. EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 14430 of the Idaho Public Utilities Commission dated February 8, 1979 in Case No. U-1009-96.

ISSUED: February 26, 1979      EFFECTIVE: March 2, 1979

3-2-79

| UTAH POWER & LIGHT COMPANY | I.P.U.C. No. 14 |
|---|---|

## ELECTRIC SERVICE REGULATION NO. 10
## STATE OF IDAHO
## OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements.

Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

   a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

   b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to the amount and permanency.

   c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

   a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

   b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

   c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

   d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

   a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

   b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

   c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:

      (a) The expiration of five years from the beginning of service; or

      (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will, upon request and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by Customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No. 14348 of the Idaho Public Utilities Commission dated December 22, 1978 in Case No. U-1009-96.

ISSUED: December 29, 1978     EFFECTIVE: January 1, 1979

3-2-79

Original Sheet No. 11R

UTAH POWER & LIGHT COMPANY                                    I.P.U.C. No. 14

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

(a) **Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c. The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d. The cost of obtaining any new easement that may be required.

**6. EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 14348 of the Idaho Public Utilities Commission dated December 22, 1978 in Case No. U-1009-96.

ISSUED: December 29, 1978                                    EFFECTIVE: January 1, 1979

*1/1/79*

Original Sheet No. 10R

**UTAH POWER & LIGHT COMPANY**                                                          I.P.U.C. No. 13

## ELECTRIC SERVICE REGULATION NO. 10
### STATE OF IDAHO
### OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

  a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

  b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

  c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

  a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

  b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

  c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

  d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

  a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

  b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

  c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:

   (a) The expiration of five years from the beginning of service; or

   (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing will be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customers or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No. 13739 of the Idaho Public Utilities Commission dated March 16, 1978 in Case No. U-1009-84.

ISSUED:   March 20, 1978                                        EFFECTIVE:   March 21, 1978

Case 4:96-cv-00308-BLW   Document 203   Filed 04/02/02   Page 106 of 118

**UTAH POWER & LIGHT COMPANY**　　　　　　　　　　　　　　　　　I.P.U.C. No. 13

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

### 1.　GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

### 2.　RESIDENTIAL DWELLINGS

(a)　**Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b)　**Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

### 3.　MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

### 4.　GENERAL CONDITIONS

a.　Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.　Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.　Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

### 5.　CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.　The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.　The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.　The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d.　The cost of obtaining any new easements that may be required.

### 6.　EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 13739 of the Idaho Public Utilities Commission dated March 16, 1978 in Case No. U-1009-84.

ISSUED:　March 20, 1978　　　　　　　　　　　　　　　　　　　EFFECTIVE:　March 21, 1978

3/21/78

Original Sheet No. 102

**UTAH POWER & LIGHT COMPANY**    I.P.U.C. No. 12

## ELECTRIC SERVICE REGULATION NO. 10
## STATE OF IDAHO
## OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension;

a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:
   (a) The expiration of five years from the beginning of service; or
   (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No. 13448 of the Idaho Public Utilities Commission dated September 29, 1977 in Case No. U-1009-84.

ISSUED:  October 3, 1977    EFFECTIVE:  September 29, 1977

9/21/78

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**                                        I.P.U.C. No. 12

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

**1. GENERAL PROVISIONS**

   The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant," requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

   There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

   **(a)  Subdivisions Where Primary Distribution is Required**

   Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

   **(b)  Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

   In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

   The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

   a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

   b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

   c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

   The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

   a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

   b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

   c.  The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

   d.  The cost of obtaining any new easements that may be required.

**6. EXTENSIONS**

   When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 13448 of the Idaho Public Utilities Commission dated September 29, 1977 in Case No. U-1009-84.

ISSUED:   October 3, 1977                                    EFFECTIVE:   September 29, 1977

*Superseded 9-2-77*

Original Sheet No. 10R

**UTAH POWER & LIGHT COMPANY**                                    I.P.U.C. No. 11

**ELECTRIC SERVICE REGULATION NO. 10**

**STATE OF IDAHO**

**OVERHEAD LINE EXTENSION POLICY**

1. **Extensions**

    An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

    a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

    b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

    c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

2. **Extensions to Permanent Service**

    Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

    a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

    b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

    c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

    d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

3. **Extensions to Indeterminate Service**

    For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

    a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

    b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

    c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever may be larger, from the date of beginning service, until, but not after:

    (a) The expiration of five years from the beginning of service; or
    (b) The amount of such credits is equal to the Customer's advance without interest.

4. **Temporary Service**

    This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

5. **Extension Cost**

    Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

    This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

6. **Multiple Customer Extensions**

    Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

    When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

7. **Underground Extensions**

    Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

8. **General Conditions**

    The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or from a source of energy having a voltage in excess of 16,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No 12467 of the Idaho Public Utilities Commission dated April 28, 1976 in Case No. U-1009-75.

ISSUED:   April 30, 1976                                   EFFECTIVE:   May 1, 1976

*Superseded 9-2977*

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**                                            I.P.U.C. No. 11

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

### UNDERGROUND SERVICE

---

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

(a) **Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b) **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c. The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d. The cost of obtaining any new easements that may be required.

**6. EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No 12467 of the Idaho Public Utilities Commission dated April 28, 1975 in Case No. U-1009-73.

ISSUED: April 30, 1976                                        EFFECTIVE: May 1, 1976



SUPERSEDED BY

Original Sheet No. 10R

**UTAH POWER & LIGHT COMPANY**  I.P.U.C. No. 10

## ELECTRIC SERVICE REGULATION NO. 10
### STATE OF IDAHO
### OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:
   (a) The expiration of five years from the beginning of service; or
   (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to or provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company in the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No. 12054 of the Idaho Public Utilities Commission dated July 31, 1975 in Case No. U-1009-68.

ISSUED   August 15, 1975                                          EFFECTIVE:   August 15, 1975

**UTAH POWER & LIGHT COMPANY**   I.P.U.C. No. 10

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

### 1.   GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

### 2.   RESIDENTIAL DWELLINGS

(a)   **Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

(b)   **Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

### 3.   MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

### 4.   GENERAL CONDITIONS

a.   Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.   Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.   Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

### 5.   CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.   The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.   The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.   The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d.   The cost of obtaining any new easements that may be required.

### 6.   EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 12054 of the Idaho Public Utilities Commission dated July 31, 1975 in Case No. U-1009-68.

ISSUED   August 15, 1975                                     EFFECTIVE:   August 15, 1975

*IPUC No 10*

*8-15-75*

Original Sheet No. 10R

**UTAH POWER & LIGHT COMPANY**                                                I.P.U.C. No. 0

## ELECTRIC SERVICE REGULATION NO. 10

### STATE OF IDAHO

### OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.

b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

c. The Company will credit any Customer having made an advance an advance provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever is larger, from the date of beginning service, until, but not after:
   (a) The expiration of five years from the beginning of service; or
   (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point or elsewhere, to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued by authority of Order No. 11825 of the Idaho Public Utilities Commission in Case No. U-1006-65 dated April 11, 1975 and Order No. 11842 dated April 22, 1975, clarifying Order No. 11825, to be effective May 1, 1975. The rates contained herein are interim rates effective pending final decision in Case No. U-1006-65 and the increased charges under said rates are subject to possible refund as may be ordered by the Idaho Public Utilities Commission.

ISSUED: April 28, 1975                                                EFFECTIVE: May 1, 1975

**UTAH POWER & LIGHT COMPANY**

I.P.U.C. No. 9

## ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

### 1. GENERAL PROVISIONS

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

### 2. RESIDENTIAL DWELLINGS

**(a)  Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

**(b)  Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

### 3. MOBILE HOME AND HOUSE TRAILER PARKS

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

### 4. GENERAL CONDITIONS

a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

### 5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.  The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d.  The cost of obtaining any new easements that may be required.

### 6. EXTENSIONS

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued by authority of Order No. 11825 of the Idaho Public Utilities Commission in Case No. U-1009-68 dated April 11, 1975 and Order No. 11863 dated April 22, 1975, clarifying Order No. 11825, to be effective May 1, 1975. The rates contained herein are interim rates effective pending final decision in Case No. U-1009-68 and the increased charges under said rates are subject to possible refund as may be ordered by the Idaho Public Utilities Commission.

ISSUED: April 28, 1975

EFFECTIVE: May 1, 1975

Original Sheet No. 10R

| | |
|---|---|
| UTAH POWER & LIGHT COMPANY | I.P.U.C. No. 8 |

## ELECTRIC SERVICE REGULATION No. 10
## STATE OF IDAHO
## OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:

a. "Permanent Service" construed for the extension of service to Customers when the use of service, both as to one amount and permanency, can be reasonably assured.

b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.

c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:

a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."

b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.

c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.

d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:

a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.

b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the estimated cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.

c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:
  (a) The expiration of five years from the beginning of service; or
  (b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company to the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

Issued on not less than one day's notice to the Commission and the public by authority Idaho Public Utilities Commission Order No. 11736 in Case No. U-1009-82 dated January 14, 1975.

| | |
|---|---|
| ISSUED:  January 17, 1975 | EFFECTIVE:  January 20, 1975 |

SUPERSEDED BY 5-1-75

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**     I.P.U.C. No. 8

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

### UNDERGROUND SERVICE

**1. GENERAL PROVISIONS**

The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

**2. RESIDENTIAL DWELLINGS**

**(a) Subdivisions Where Primary Distribution is Required**

Company will provide underground residential distribution service to single-family dwellings in new housing developments of contiguous separate lots on a single parcel of land where underground primary distribution is required, upon the condition that applicant shall pay to the Company in advance of construction of underground facilities $50 per lot for each lot in the development to which electric service is made available and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench, all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

**(b) Dwellings Where Only Underground Secondary and/or Services from Overhead Distribution are Required**

In providing underground distribution service to residential dwellings, including mobile homes and house trailers, which do not require underground primary distribution but can be served with underground secondary and/or services from existing overhead distribution facilities, the applicant shall pay to Company, in advance of construction of such underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

**3. MOBILE HOME AND HOUSE TRAILER PARKS**

The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of contiguous spaces on a single parcel of land where underground primary distribution is required, at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestal to the mobile home or house trailer.

**4. GENERAL CONDITIONS**

a.  Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

b.  Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

c.  Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

**5. CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

a.  The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

b.  The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

c.  The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

d.  The cost of obtaining any new easements that may be required.

**6. EXTENSIONS**

When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

Issued on not less than one day's notice to the Commission and the public by authority Idaho Public Utilities Commission Order No. 11736 in Case No. U-1009-62 dated January 14, 1975.

ISSUED:  January 17, 1975                                         EFFECTIVE:  January 20, 1975

Original Sheet No. 10R

**UTAH POWER & LIGHT COMPANY**                                    I.P.U.C. No. 7

## ELECTRIC SERVICE REGULATION NO. 10
### STATE OF IDAHO
### OVERHEAD LINE EXTENSION POLICY

**1. Extensions**

An overhead line extension is any continuation of, or branch from, the nearest available existing line of the Company, including any increase of capacity of an existing line or facilities to meet the Customer's requirements. Electric service for purposes of the extension of lines and facilities of the Company shall be classified as:
a. "Permanent Service" construed to mean service to Customers when the use of service, both as to the amount and permanency, can be reasonably assured.
b. "Indeterminate Service" construed to mean service to Customers when the use of service cannot be reasonably assured as to its amount and permanency.
c. "Temporary Service" construed to mean the use of service for a foreknown specified period of time at the end of which the facilities will no longer be needed and in all probability will be removed.

**2. Extensions to Permanent Service**

Extensions of the Company's distribution system upon public highways and rights-of-way acceptable to the Company shall be built within a reasonable period after request for service by bona fide applicant or applicants whenever the assured revenue under the rates applicable to service from said extension shall be of sufficient amount and permanency to justify the construction of said extension:
a. The Company will make an extension at its own expense when the estimated cost of service is $400 or less and the service can be classified as "Permanent Service."
b. The Company will make an extension for residential service at its own expense when the guaranteed minimum total bills for service thereon for an initial period of five years are not less than the cost of the extension.
c. The Company will make an extension for nonresidential service at its own expense when the guaranteed annual minimum bills for service thereon for an initial period of five years are not less than one-third of the cost of the extension.
d. In the event anticipated revenue is less than is necessary to justify a proposed extension, service to such Customer or Customers shall be classified as "Indeterminate Service" and Company will make extension only under conditions hereinafter described for Indeterminate Service.

**3. Extensions to Indeterminate Service**

For service of an indeterminate nature, the Company may require the prospective Customer to advance a portion of the total cost:
a. The Company will make an extension for residential service when the guaranteed five-year minimum total bills for service are less than the estimated cost thereof, upon receipt of an advance from the Customer of the difference between such guaranteed minimum bills and the cost of the extension, and an agreement to take service for a term of not less than five years.
b. The Company will make an extension for nonresidential service when the guaranteed annual minimum bills for service are less than one-third of the cost thereof, upon receipt of an advance from the Customer of the difference between three times such guaranteed annual minimum bills and the cost of making the extension, and an agreement to take service for a term of not less than five years.
c. The Company will credit any Customer having made an advance as above provided with one-third of his monthly bill, or one-third of his monthly minimum guaranteed bill, whichever be larger, from the date of beginning service, until, but not after:
(a) The expiration of five years from the beginning of service; or
(b) The amount of such credits is equal to the Customer's advance without interest.

**4. Temporary Service**

This classification is for short term and temporary service for use in conjunction with such regularly filed schedule as shall be designated by the Company and is otherwise applicable to the type of service to be supplied. Furnishing of such service is contingent upon there being available capacity at the point of delivery and does not obligate the Company to furnish service after a period of disconnection, to extend or renew any agreement for service, to furnish additional service at such point of delivery, or to supply service at any other point of delivery. Monthly billing shall be in accordance with the terms of the applicable schedule, except that the minimum billing shall in no event be less than $5.00 for the period the meter is installed. The minimum billing period is one month. Where it is necessary for the Company in order to supply service hereunder to extend lines, erect transformers, make enlargement of any part of its system, or do other work, the Customer shall pay in advance the estimated cost of such work. Adjustments taking into consideration cost of removal and credit for salvage value of material recovered, will be made with the Customer initially or after termination of service at the option of the Company.

**5. Extension Cost**

Extension cost shall be the necessary cost of the particular extension; it shall not include or be determined with reference to provision for additional capacity, size or strength in excess of that actually necessary to meet the requirements of the Customer or Customers to be then served and the requirements of the National Electrical Safety Code.

This rule is not to be interpreted as a prohibition against the construction by Company of an extension having more than sufficient capacity, size or strength to meet the requirements of the Customers to be then served, provided the additional capacity, size or strength is constructed by the Company without obligation to the Customers to be then served.

**6. Multiple Customer Extensions**

Where more than one Customer is to be served from a new extension, the guaranteed minimum total bills and cash advance required, if any, shall be divided among the Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. However, any Customer may assume, subject to acceptance by Company, more than his proportionate share of the guaranteed minimum total bills and cash advance, if any.

When additional Customers are to be served from an existing extension within the initial five (5) year service period, the guaranteed minimum total bills and cash advance required, if any, shall be redetermined by the Company for the balance of the initial five (5) year service period and divided among the original Customer or Customers and the additional Customers on the basis of the Company's estimate of the proportion each Customer's connected load bears to the total connected load. Appropriate adjustment shall be made by the Company in the original Customer's or Customers' guaranteed minimum bills and the Company shall refund an appropriate amount of the original Customer's or Customers' cash advance, if any. However, any original or additional Customer may assume, subject to acceptance by the Company, more than his proportionate share of the redetermined guaranteed minimum total bills and/or cash advance, if any.

**7. Underground Extensions**

Inasmuch as the Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines, underground extensions will be made under the terms and provisions set forth in Electric Service Regulation No. 11, Underground Service.

**8. General Conditions**

The requirement for guaranteed minimum bills may be waived when the Company's estimate of revenue from the extension justifies the cost of the extension. The Company will own, operate and maintain all extensions made under this rule. Extensions costing in excess of seven (7) times the annual revenue guaranteed by customers to be served by such extensions or for seasonal service or from a source of energy having a voltage in excess of 15,000 volts may require special contractual arrangements between the Company and the Customer to justify the construction of said extension.

ISSUED: April 10, 1972

EFFECTIVE: For all billings on and after May 14, 1972.

Original Sheet No. 11R

**UTAH POWER & LIGHT COMPANY**                                                    I.P.U.C. No. 7

### ELECTRIC SERVICE REGULATION NO. 11

### STATE OF IDAHO

---

### UNDERGROUND SERVICE

---

1. **GENERAL PROVISIONS**

    The Company's rates for electric service are based upon overhead wood pole construction of transmission and distribution lines. Underground service, primary and/or secondary from the Company's overhead system, will be supplied upon request. The Company will install, own and maintain all underground facilities to the Point of Delivery except as hereinafter noted. When a person, group of persons, firm or corporation, hereinafter designated as "applicant", requests underground service, he will be required to pay the difference in the estimated cost of providing the underground service over the cost of providing standard overhead service.

    There may be instances where the Company would prefer to serve the applicant underground — for example, where normal overhead construction would cost more. The Company may, in these instances, require the applicant to take underground delivery by providing the underground facilities to the Point of Delivery without added cost to the applicant.

2. **RESIDENTIAL SUBDIVISIONS OF 10 OR MORE LOTS**

    Company will provide underground residential distribution service to single-family dwellings in any new housing development of 10 or more contiguous separate lots on a single parcel of land, upon the condition that applicant shall pay to the Company in advance of construction of underground service facilities $50 per lot for each lot in the development and, in addition to the aforesaid payment, applicant shall, at applicant's own expense, excavate the service trench, provide and install service cables and backfill the service trench all in conformity with Company specifications. Ownership of all service cables installed by applicant between the secondary system of the Company to the Point of Delivery shall be transferred without cost to the Company and shall become and remain the property of the Company. After installation of service cables, Company upon proper notification by applicant, will make all necessary connections of service cables with Company's secondary system and thereafter Company will operate and maintain all service cables so installed between the Company's secondary system and the Point of Delivery. Should applicant so elect, Company will provide and install service cables upon condition that applicant pay Company therefor the actual cost incurred by Company in furnishing service cable installations.

3. **MOBILE HOME AND HOUSE TRAILER PARKS**

    The Company will provide underground distribution service to individually supplied and metered mobile home or house trailer spaces in mobile home or house trailer parks of 10 or more contiguous spaces on a single parcel of land at no additional cost to the applicant provided the underground installation is made according to Company's specifications. Company's installation will be along the rear lot lines of the spaces. Meter pedestals will be furnished by the applicant and installed by the Company. Applicant will install, own, operate and maintain the services from the meter pedestals to the mobile home or house trailer spaces.

4. **OTHER RESIDENTIAL DWELLINGS**

    In providing underground distribution service to residential dwellings including mobile homes and house trailers, which do not qualify under the sections above relating to residential subdivisions of 10 or more lots or mobile home and house trailer parks, the applicant shall pay to Company, in advance of construction of underground service facilities, the difference between the estimated cost of the required underground facilities and the estimated cost of an equivalent overhead distribution system.

5. **GENERAL CONDITIONS**

    a. Applicant shall grant such easements to Company as Company shall deem necessary for the installation, operation and maintenance of the underground distribution system provided under these regulations.

    b. Applicant must grade surface within three inches (3") of final grade to the satisfaction of Company. In the event any change in the final grade necessitates a change in the underground distribution system, applicant shall fully reimburse Company for the cost of such changes.

    c. Applicant shall install and maintain survey stakes indicating grades and property lines and shall make no permanent surface improvements unless previously approved by Company before the Company begins installation of the underground distribution system.

6. **CONVERSION OF EXISTING OVERHEAD FACILITIES TO UNDERGROUND FACILITIES**

    The Company will remove existing overhead lines and install underground facilities to replace them at the request of an applicant. The applicant will be required to pay the Company's cost of such conversion determined as follows:

    a. The original cost less accrued depreciation of the existing overhead electric facilities to be removed.

    b. The estimated cost of removing the existing overhead facilities, less the salvage value of the facilities removed.

    c. The amount, if any, by which the installed cost of the new underground facilities exceeds the original cost of the existing overhead electric facilities.

    d. The cost of obtaining any new easements that may be required.

7. **EXTENSIONS**

    When the estimated cost of an equivalent overhead system is such that the extension of lines and facilities would fall within the Provisions of Sections 2 or 3 of Electric Service Regulation No. 10, Extension Policy, then the terms and provisions of Section 2 or Section 3, Electric Service Regulation No. 10, as applicable, shall apply to the estimated cost of the equivalent overhead system. Underground extensions for temporary service will be made by the Company in accord with Section 4 of Electric Service Regulation No. 10.

ISSUED: April 10, 1972                                    EFFECTIVE: For all billings
                                                          on and after May 14, 1972.