Robert C. Huntley, ISB No. 894
Christopher F. Huntley ISB No. 6056
Huntley, Park, Thomas Burkett,
 Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
P.O. Box 2188
Boise, ID 83702
Telephone: (208) 388-1230
Fax : (208) 388-0234

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax: (301) 261-8699

**ORIGINAL**

Attorneys for Snake River Valley Electric Association

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY <br> ELECTRIC ASSOCIATION, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFICORP (Including UTAH POWER & LIGHT <br>  COMPANY, a division) <br><br> Defendant, <br><br> STATE OF IDAHO by and through Allen G. Lance, <br>  Attorney General <br><br> Defendant-Intervenor. | Case No. CV96-308-E-BLW <br><br><br><br><br> **AFFIDAVIT OF CHARLES F. WHEATLEY, JR.** |

I, Charles F. Wheatley, Jr., first being duly sworn, state as follows:

Affidavit of Charles F. Wheatley, Jr. - 1

1.  I am one of the attorneys representing Plaintiff, Snake River Valley Electric Association in the above-captioned matter. The facts presented in this affidavit are based upon my personal knowledge.

2.  Attached hereto as Exhibit "A" is true and correct copy of "Plaintiff's Statement pursuant to Rule of Civil Procedure 26(B)(4)(A)(I)" dated September 23, 1997, signed by Anton Tonc, accompanied by an "Affidavit of Anton Tonc" dated September 24, 1997. Mr. Tonc's statement as to his expected expert opinions at trial on behalf of the Plaintiff, included: (1) "the extensive engineering analysis made by Snake River Valley Electric Association, prior to being chartered"; (2) the evaluation as to "what price SRVEA would be able to pay for Utah Power & Light facilities, necessary to serve the SRVEA distribution system"; (3) his participation in negotiations on behalf of SRVEA for "an alternate wholesale power supply for resale to its members with various entities" and, in particular, "the power supply contract that was ultimately entered with Enron for a wholesale power supply"; (4) the "savings of SRVEA's customers in purchasing power from SRVEA under SRVEA's Contract with Enron"; (5) the "service area of SRVEA as set forth in the Complaint" and the "competition between SRVEA and PacifiCorp for customers in the service area"; (6) "analysis within the relevant geographic market" and Utah Power & Light's "percentage share of that relevant market"; (7) an engineering opinion that it is "economically infeasible for SRVEA to build alternate transmission lines to receive power from sources other than PacifiCorp/Utah Power & Light"; (8) "no

Affidavit of Charles F. Wheatley, Jr. - 2

practical or economic alternatives to SRVEA to receive capacity and energy from competitive suppliers other than over PacifiCorp's present transmission system", and the "impact of Utah Power & Light's refusal to wheel power purchased by SRVEA from Enron"; and (9) he would testify as to the damages sustained by SRVEA because of Defendant's refusal to deal or to wheel power to the Plaintiff. Because of Mr. Tonc's participation in the three-year engineering study leading to the creation of the Snake River Valley Electric Association in December, 1993; his participation in the negotiations in obtaining a firm proposal for wholesale power from Idaho Power Company, and in the negotiations leading to the Enron contract with its designations of capacity and energy requirements that SRVEA could be expected to use if it could obtain wheeling from PacifiCorp, his participation as a witness was and is important to the resolution of the issues before the Court.

3. After the Ninth Circuit's final order in *Snake River Valley Electric Ass'n v. PacifiCorp*, 238 F.3d 1189 (9th Cir. 2001) remanding the case for trial, and the Scheduling Order by this Court of September 4, 2001, I requested that Snake River's consultant, Carl Palmer, contact Mr. Tonc about Snake River's need to have him continue to be available as an expert witness for the trial, scheduled to commence on April 22, 2002. Mr. Palmer reported back to me that he had contacted Mr. Tonc and requested that he continue as an expert witness, but that Mr. Tonc stated he could not undertake that. Mr. Palmer was informed by Lynn Marsing, another colleague of Mr. Tonc, and a principal in developing

Affidavit of Charles F. Wheatley, Jr. - 3

the Engineering Study for Snake River, that Mr. Tonc had been hired by PacifiCorp in the interim and he, Mr. Tonc, believed his testimony in the case would involve a conflict of interest on his behalf.

4.   I personally called Mr. Tonc, subsequent to receiving the report from Mr. Palmer, to request that he continue to participate as an expert witness. Mr. Tonc stated that he could not remember anything about the case and that Snake River should seek a different expert witness.

5.   Snake River Valley Electric Association has been unable to hire any other engineer with the direct knowledge and participation in the important events of this case, as set forth in Mr. Tonc's expert witness disclosure.

FURTHER, THIS AFFIANT SAYETH NOT.

DATED this 9th day of April, 2002.

WHEATLEY AND RANQUIST, PA

*Charles F. Wheatley, Jr.*
Charles F. Wheatley, Jr.

STATE OF MARYLAND        )
                         ) ss.
COUNTY OF PRINCE GEORGE'S )

Subscribed and sworn to before me this 9th day of April, 2002.

*Frances D. Delaney*
Notary Public

FRANCES D. DELANEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires June 1, 2004

Affidavit of Charles F. Wheatley, Jr. - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of April, 2002, a true and correct copy of the foregoing document was served on the below listed individuals by the method indicated below:

Mary S. Hobson, ISB#2142  
STOEL RIVES  
101 South Capitol Blvd., Suite 1900  
Boise, ID 83702  
**Fax: 389-9040**

___ Hand Delivered  
___ U.S. Mail  
___ Overnight Mail  
_X_ Facsimile

John M. Eriksson, Esq.  
STOEL RIVES  
One Utah Center  
201 S. Main St. Suite 1100  
Salt Lake City, UT 84111  
**Fax: 801-578-6999**

___ Hand Delivered  
___ U.S. Mail  
___ Overnight Mail  
_X_ Facsimile

Brett T. DeLange  
Deputy Attorney General  
Consumer Protection Unit  
Office of the Attorney General  
Len B. Jordan Building, Lower Level  
700 West Jefferson Street, Room 210  
P. O. Box 83720  
Boise, ID  83720-0010  
**Fax: 334-2830**

___ Hand Delivered  
___ U.S. Mail  
___ Overnight Mail  
_X_ Facsimile

Robert C. Huntley

# APPENDIX A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

SNAKE RIVER VALLEY  )
ELECTRIC ASSOCIATION  )
   )
      Plaintiff,  )
   )
vs.  )   Civil No. CV 96-0308-E-BLW
   )
PACIFICORP (including Utah Power &  )
Light Company, a Division),  )
   )
      Defendant.  )

## PLAINTIFF'S STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 26(B)(4)(A)(i)

Plaintiff expects to call Anton Tonc as an expert witness at trial.

Expert Witness, Anton Tonc is expected to testify as to the factual issues alleged in the Complaint by Plaintiff and give his opinion as to their relationship to the legal issues under Plaintiff's claim for relief under the Federal Anti-trust laws. He will describe the extensive engineering analysis that was made by Snake River Valley Electric Association ("SRVEA"), prior to being chartered. The study included an engineering analysis of all the existing facilities of Utah Power and Light that were available to serve the service area of the Snake River Valley Electric Association. The engineering study was prepared as a basis for seeking to purchase the facilities of Utah Power and Light in SRVEA's service area for it to provide service to its members. As a part of the report, Mr. Tonc also analyzed the existing rates for power service charged by Utah Power and Light in that

area. Based on his study, he was able to evaluate what price SRVEA would be able to pay for Utah Power and Light facilities, necessary to serve the SRVEA distribution system.

Mr. Tonc is also familiar with the activities by SRVEA in obtaining an alternate wholesale power supply for resale to its members, including negotiations with various entities. He participated in and was familiar with the power supply contract that was ultimately entered with Enron for a wholesale power supply, in the designation of the points of receipt of that power on Utah Power & Light's system, and the request for wheeling by Utah Power & Light to deliver that power at the delivery points specified by SRVEA for it to resell the power to its customers. He will testify as to the savings of SRVEA's customers in purchasing power from SRVEA under SRVEA's contract with Enron.

Mr. Tonc will testify as to the service area of SRVEA as set forth in the Complaint, and the facilities in that area owned by Utah Power & Light necessary to provide wheeling service to SRVEA for its distribution system. He will describe the competition between SRVEA and PacifiCorp for customers in that area.

Mr. Tonc will provide analysis within the relevant geographic market of the customers served by Utah Power & Light and the total kilowatt hours of energy and kilowatts of capacity that Utah Power & Light will supply in the market area and provide a percentage share of that relevant market.

Mr. Tonc will describe the existing facilities of Utah Power & Light required for transmission of power from the receipt points where SRVEA will take title to the power purchased from Enron at wholesale, to the place where the power will be delivered by SRVEA through wheeling by PacifiCorp to SRVEA's distribution area customers.


Mr. Tonc will provide an engineering opinion that it is economically infeasible for SRVEA to build alternative transmission lines to receive power from sources other than PacifiCorp/Utah Power & Light. He will give his opinion that there are no practical or economic alternatives to SRVEA to receive capacity and energy from competitive suppliers other than over PacifiCorp's present transmission system. Mr. Tonc will describe competition that exists in the relevant market, both for the right to be a wholesale distributor of power, as well as the competition for customers at retail. He will describe the impact of Utah Power & Light's refusal to wheel power purchased by SRVEA by Enron.

Mr. Tonc will describe the nature of electricity in an interstate network such as the PacifiCorp/UP&L whereby it is clear that the power being served in the relevant area is in interstate commerce.

Mr. Tonc has evaluated the prices at which SRVEA is able to purchase power under its contract with Enron Power Marketing and its advantages to consumers in the area to be served by SRVEA to providing a competitive low cost rates in relationship to the existing rates charged by Utah Power & Light. Mr. Tonc will describe the option to cancel the contract held by Enron and the importance to SRVEA of having the wheeling service its existing power supply commence immediately to insure the continued delivery of power.

Mr. Tonc will describe the other instances where PacifiCorp is presently providing transmission to wholesale customers similar to SRVEA and describe why the Company's refusal to provide such service to SRVEA is discriminatory and in violation of the Feder Anti-trust laws. Finally, Mr. Tonc will testify as to the damages sustained by SRVE

-3-

because of the Defendant's refusal to deal or to wheel power to the Plaintiff.

Dated September 23, 1997          _____
                                       Anton Tonc

Charles F. Wheatley, Jr.
WHEATLEY & RANQUIST
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax: (301) 261-8608

Peter J. Richardson
DAVIS, WRIGHT, TREMAINE, L.L.P.
877 W. Main Street, Suite 604
Boise, ID 83702
Telephone: (208) 338-8200
Fax: (208) 338-8299

Attorney's for Plaintiff
Snake River Valley Electric Association

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION | )<br>)<br>) |
| Plaintiff, | )<br>) AFFIDAVIT OF<br>) ANTON TONC |
| vs. | )<br>) |
| PACIFICORP (including Utah Power & Light Company, a Division), | ) Civil No. CV 96-0308-E-BLW<br>)<br>) |
| Defendant. | )<br>) |

STATE OF UTAH            )
SALT LAKE CITY           )

ANTON TONC, being first duly sworn, deposes and states as follows:

1)   My name is Anton Tonc. I am presently the Vice President, Manager of Operations for Intermountain Consumer Professional Engineers, Inc., located at 1145 East South Union Avenue, Midvale, Utah 84047.

2) Commencing in the early 1990's EGY Resource Development, with whom I had an affiliation with at that time, undertook an extensive engineering analysis relating to the establishment of what is now the Snake River Valley Electric Association ("SRVEA"). Under that study, all of the existing electrical facilities of PacifiCorp/Utah Power & Light in the area which SRVEA proposes to serve were surveyed. This included location of UP&L's transmission lines from the points where it was interconnected with other utilities and could receive electrical power from other suppliers (the Midpoint, Drummond, Borah, Jefferson, Krupport, Goshen and Amps substations) called "receipt points." From those receipt points, our study considered all of Utah Power & Light's transmission facilities necessary to deliver power down to the connection point of the customers SRVEA could serve in the area. This included the detailed description of all of these facilities and cost analyses of them.

3) The power that SRVEA has under contract to purchase from Enron Power Marketing, Inc. will be delivered to PacifiCorp's system at certain designed "receipt points." The Enron Power will come from generating plants located in states other than Idaho. At those receipt points, the power delivered into PacifiCorp's system would be in interstate commerce.

4) SRVEA has entered a power supply contract with Enron Power Marketing, Inc. The contract has very favorable, competitive rates for a wholesale power supply to SRVEA for its cooperative distribution system.

5) I have reviewed PacifiCorp's/UP&L's open access transmission rates which is filed with the Federal Energy Regulatory Commission. These rates cover "transmission"

AFFIDAVIT OF ANTON TONC
PAGE 2

SEP-25-97 07:30 FROM: IC     ID:                    PAGE

service which, together with local facilities included in EGY's engineering study for SRVEA, described above, provide a valid engineering basis for calculating the total wheeling costs that could reasonably be charged by PacifiCorp/UP&L to SRVEA.

AFFIDAVIT OF ANTON TONC
PAGE 3

DATED this __24__ day of September, 1997.

I affirm that the facts stated herein are true to the best of my knowledge, information and belief.

_____
ANTON TONC

SUBSCRIBED AND SWORN to me this __24th__ day of September, 1997.

_____
NOTARY PUBLIC