Robert C. Huntley, ISB No. 894
Christopher F. Huntley ISB No. 6056
Huntley, Park, Thomas Burkett,
 Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
P.O. Box 2188
Boise, ID   83702
Telephone: (208) 388-1230
Fax : (208) 388-0234

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax:  (301) 261-8699

Attorneys for Snake River Valley Electric Association

U.S. COURTS

02 APR 15 PM 3: 14

CAMERON S. BURKE
CLERK           IDAHO

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,  Plaintiff, vs. PACIFICORP (Including UTAH POWER & LIGHT COMPANY, a division)  Defendant, STATE OF IDAHO by and through Allen G. Lance, Attorney General  Defendant-Intervenor. | Case No. CV96-308-E-BLW  **SNAKE RIVER'S MEMORANDUM IN OPPOSITION TO PACIFICORP'S MOTION IN LIMINE RE: EVIDENCE PERTAINING TO OWNERSHIP OF LINE EXTENSIONS** |

Snake River Valley Electric Association ("Snake River") hereby submits its Memorandum

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Ownership OF Line Extensions - 1

23

in Opposition to PacifiCorp's Memorandum in Support of Motion in Limine Re: Evidence Pertaining to Ownership of Line Extensions." PacifiCorp misstates the purpose of Snake River's proposed evidence which will show that at the point of delivery of the wholesale power to Snake River for resale to its members, the costs of the facilities beyond that point have been paid for by Snake River's members through substantial capital payments to PacifiCorp. This evidence directly rebuts PacifiCorp's evidence that it is entitled to charge some astronomically high "distribution" charges for Snake River's use of such facilities. Whether the company retains "legal ownership to the facilities" is irrelevant to this issue. If PacifiCorp can exclude this evidence, then it would seek to claim that its charges for such "distribution services" are reasonable.

Also, Snake River's reasons asserted in opposition to PacifiCorp's Motion in Limine to Exclude Evidence of Alleged Dissimilar Wheeling Agreements with Third Parties are applicable here. The Court should rule that any evidence of the cost of distribution facilities to serve Snake River, never before filed by PacifiCorp at the Federal Energy Regulatory Commission is now barred from being considered as an invalid, retroactive rate under the ***"FILED RATE DOCTRINE"*** confirmed by long standing Supreme Court and FERC cases. *See* cases cited in Snake River's Memorandum upholding the filed rate doctrine as barring PacifiCorp from seeking to collect or charge retroactive rates.

Furthermore, the issue of "legal ownership of line extensions" upon which PacifiCorp basis its motion, is in itself irrelevant - as established above, the proposed evidence goes directly to the propriety of PacifiCorp seeking to offset its damages by retroactively claiming high distribution costs for which it has never filed and obtained approval from the FERC within the relevant timeframe.

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Ownership Of Line Extensions - 2

Finally, PacifiCorp's reliance on decisions or orders of the Idaho Public Utilities Commission is legally irrelevant to the determination of the proper wheeling rates applicable for the service at issue in this case. Snake River is seeking to purchase wholesale power for resale and is requesting unbundled transmission service from PacifiCorp. The U.S. Supreme Court has unanimously recently confirmed that there is no state court jurisdiction over these issues.

> . . . Because the FPA authorizes FERC's jurisdiction over interstate transmissions, <u>without regard to whether the transmissions are sold to a reseller or directly to a consumer, FERC's exercise of this power is valid.</u>

*New York, et al. v. Federal Energy Regulatory Commission, et al.*, 535 U.S. ___ (2002) (March 4, 2002 at *slip op.* 17) emphasis added. The Supreme Court also unanimously reaffirmed of the jurisdiction of the Federal antitrust laws, citing *Otter Tail Power Co. v. United States*, 410 U.S. 366 (1973) as permitting:

> ...antitrust remedies against a utility company which, among other things, . . . refused to transfer competitor's power over its lines. *Id.*, at 363. The Court concluded that the FPA's existence did not preclude the applicability of the antitrust laws. *Id.*, at 372.

Id., slip op. at 6. [1]

For the foregoing reasons, Snake River submits that PacifiCorp's Motion in Limine should be **DENIED**.

DATED this 15th day of April, 2002.

Respectfully submitted,

---

[1] *See* Motion by Snake River Valley Electric Association under Rule 60(b)(6) for relief of Order of April 2, 2002.

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Ownership OF Line Extensions - 3

_[signature]_

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Facsimile: (301) 261-8699

_[signature]_

Robert C. Huntley, ISB No. 894
Huntley, Park, Thomas, Burkett,
   Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
Boise, ID   83701
Telephone:   (208) 388-1230
Facsimile:   (208) 388-0234

Counsel for SRVEA

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Ownership OF Line Extensions - 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of April, 2002, a true and correct copy of the foregoing document was served on the below listed individuals by the method indicated below:

| | |
|---|---|
| Mary S. Hobson, ISB#2142<br>STOEL RIVES<br>101 South Capitol Blvd., Suite 1900<br>Boise, ID 83702<br>**Fax: 389-9040** | **X** Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>___ Facsimile |
| John M. Eriksson, Esq.<br>STOEL RIVES<br>One Utah Center<br>201 S. Main St. Suite 1100<br>Salt Lake City, UT 84111<br>**Fax: 801-578-6999** | ___ Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>**X** Facsimile |
| Brett T. DeLange<br>Deputy Attorney General<br>Consumer Protection Unit<br>Office of the Attorney General<br>Len B. Jordan Building, Lower Level<br>700 West Jefferson Street, Room 210<br>P. O. Box 83720<br>Boise, ID 83720-0010<br>**Fax: 334-2830** | **X** Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>___ Facsimile |

*[Signature]*
Charles F. Wheatley, Jr.
Robert C. Huntley

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Ownership OF Line Extensions - 5