Robert C. Huntley, ISB No. 894
Christopher F. Huntley ISB No. 6056
Huntley, Park, Thomas Burkett,
 Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
P.O. Box 2188
Boise, ID 83702
Telephone: (208) 388-1230
Fax : (208) 388-0234

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax: (301) 261-8699

Attorneys for Snake River Valley Electric Association

U.S. COURTS

02 APR 15 PM 3: 13

REC'D_____
CAMERON S. BURKE
CLERK         IDAHO

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICORP (Including UTAH POWER & LIGHT COMPANY, a division)<br><br>Defendant,<br>STATE OF IDAHO by and through Allen G. Lance, Attorney General<br><br>Defendant-Intervenor. | Case No. CV96-308-E-BLW<br><br>**SNAKE RIVER'S MEMORANDUM IN OPPOSITION TO PACIFICORP'S MOTION IN LIMINE RE: EVIDENCE PERTAINING TO ASPECTS OF PACIFICORP'S OPERATIONS** |

SRVEA's Memorandum in Opposition to PacifiCorp's Motion in
Limine Re: Evidence Pertaining To Aspects of PacifiCorp's Operations - 1

Snake River Valley Electric Association ("Snake River") hereby submits its Memorandum in Opposition to PacifiCorp's Memorandum in Opposition to PacifiCorp's Memorandum in Support of Motion in Limine Re: Evidence Pertaining to Aspects of PacifiCorp's Operations. PacifiCorp seeks to bar any evidence to the effect that PacifiCorp:

- has violated state or federal environmental regulations,
- has had occasional service problems, including delays and outages, and
- has closed offices in the local area

This case involves a refusal by PacifiCorp to wheel wholesale power obtained by Snake River for resale by Snake River to its members, which has the direct impact of precluding Snake River from being able to compete with PacifiCorp for customers in the relevant geographic market. The reasons why Snake River's members desire their own electric system are relevant evidence directly relating to the issue of competition. PacifiCorp, by excluding such evidence, seeks to create the false impression to the jurors that there was no valid reason for any of its existing customers to seek to obtain a competitive power supply through the establishment of their own electric cooperative and that, therefore, there is no need for protecting competition, as required under the Federal antitrust laws. The issues involved, which PacifiCorp improperly seeks to exclude, go directly to the reasons why Snake River has established its electric cooperative and seeks to compete with PacifiCorp for customers on an even playing field. Evidence of each of the issues, which PacifiCorp seeks to exclude, are directly relevant as to why competition is important and necessary in the present case.

Contrary to PacifiCorp's argument, the evidence is relevant under Fed. R. Evid. 401 because it demonstrates that competition, which the antitrust laws protect, is real and important to Snake

River.

PacifiCorp's alternate rationale for excluding the evidence that it is "unfairly prejudicial under Fed. R. Evid. 403" is similarly inapplicable. PacifiCorp's rationale is that if it can exclude all reasonable bases for Snake River to be engaged in competition with it for customers, then the jury will discount Snake River's desire to be a competitor. This would result in "unfair prejudice" against Snake River.

For the foregoing reasons, Snake River respectfully requests that PacifiCorp's Motion in Limine be **DENIED**.

DATED this 15th day of April, 2002.

Respectfully submitted,

_____
Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Facsimile: (301) 261-8699

_____
Robert C. Huntley, ISB No. 894
Huntley, Park, Thomas, Burkett,
  Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
Boise, ID 83701
Telephone: (208) 388-1230
Facsimile:  (208) 388-0234

Counsel for SRVEA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of April, 2002, a true and correct copy of the foregoing document was served on the below listed individuals by the method indicated below:

| | |
|---|---|
| Mary S. Hobson, ISB#2142<br>STOEL RIVES<br>101 South Capitol Blvd., Suite 1900<br>Boise, ID 83702<br>**Fax: 389-9040** | X Hand Delivered<br>__ U.S. Mail<br>__ Overnight Mail<br>__ Facsimile |
| John M. Eriksson, Esq.<br>STOEL RIVES<br>One Utah Center<br>201 S. Main St. Suite 1100<br>Salt Lake City, UT 84111<br>**Fax: 801-578-6999** | __ Hand Delivered<br>__ U.S. Mail<br>__ Overnight Mail<br>X Facsimile |
| Brett T. DeLange<br>Deputy Attorney General<br>Consumer Protection Unit<br>Office of the Attorney General<br>Len B. Jordan Building, Lower Level<br>700 West Jefferson Street, Room 210<br>P. O. Box 83720<br>Boise, ID 83720-0010<br>**Fax: 334-2830** | X Hand Delivered<br>__ U.S. Mail<br>__ Overnight Mail<br>__ Facsimile |

_____
Charles F. Wheatley, Jr.
Robert C. Huntley