Robert C. Huntley, ISB No. 894
Christopher F. Huntley ISB No. 6056
Huntley, Park, Thomas Burkett,
 Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
P.O. Box 2188
Boise, ID  83702
Telephone: (208) 388-1230
Fax : (208) 388-0234

Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Fax: (301) 261-8699

Attorneys for Snake River Valley Electric Association

U.S. COURTS
02 APR 15 PM 3: 12
CAMERON S. BURKE
CLERK          IDAHO

**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SNAKE RIVER VALLEY ELECTRIC ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICORP (Including UTAH POWER & LIGHT COMPANY, a division)<br><br>Defendant,<br>STATE OF IDAHO by and through Allen G. Lance, Attorney General<br><br>Defendant-Intervenor. | Case No. CV96-308-E-BLW<br><br>**SNAKE RIVER'S MEMORANDUM IN OPPOSITION TO PACIFICORP'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION IN LIMINE, RE: EVIDENCE PERTAINING TO DAMAGES INCURRED BY UNDOCUMENTED "MEMBERS"** |

SRVEA's Memorandum in Opposition to PacifiCorp's Motion and
Memorandum in Support of Motion in Limine Re: Evidence Pertaining
to Damages Incurred by Undocumented "Members" - 1

Snake River Valley Electric Association ("Snake River") hereby submits its Memorandum in Opposition to PacifiCorp's Memorandum in Support of Motion in Limine Re: "Evidence Pertaining to Damages Incurred by Undocumented 'Members'". PacifiCorp's motion must be denied because it is based on disputed issues of genuine fact and makes frivolous contentions that fly in the face of the evidence presented in the case.

Plaintiff's Exhibit Nos. 1196, 1197, 1198, and 1199 contain written agreements by Snake River's members designating Snake River as representing them. Exhibit Nos. 1197 and 1198 include specific "Ratification Agreements" relating to Snake River's purchase contract with Enron, signed by both the member and Del Ray Holm, President of Snake River Valley Electric Association. A copy of one of these "Ratification Agreements" is attached hereto as Appendix A.

The President of Snake River, Del Ray Holm, has testified that the Board has accepted all of the written, signed applications for membership and designations of Snake River by members.

This issue raised by PacifiCorp is somewhat of a red herring – there is no requirement in the law that all of the members sign a ratification agreement. The agreements were procured because Enron required a sufficient show of interest before it would enter into the contract. Once there were enough signatures to satisfy Enron, that exercise ceased.

Furthermore, PacifiCorp's refusal to wheel wholesale power to Snake River to enable it to become an operating electric power system in competition with PacifiCorp, in violation of the Federal antitrust laws, denies it of any standing to raise hypothetical objections under Snake River's by-laws relating to Snake River's operations had it received such power to be able to conduct its resale and distribution business.

SRVEA's Memorandum in Opposition to PacifiCorp's Motion and
Memorandum in Support of Motion in Limine Re: Evidence Pertaining
to Damages Incurred by Undocumented "Members" - 2

For these reasons, PacifiCorp's motion in limine pertaining to damages incurred by undocument "members" should be **DENIED**.

DATED this 15th day of April, 2002.

Respectfully submitted,

_____
Charles F. Wheatley, Jr.
Wheatley & Ranquist
34 Defense Street
Annapolis, MD 21401
Telephone: (410) 266-7524
Facsimile: (301) 261-8699

_____
Robert C. Huntley, ISB No. 894
Huntley, Park, Thomas, Burkett.
   Olsen & Williams, L.L.P.
250 So. 5th Street, Suite 660
Boise, ID  83701
Telephone:  (208) 388-1230
Facsimile:  (208) 388-0234

Counsel for SRVEA

SRVEA's Memorandum in Opposition to PacifiCorp's Motion and
Memorandum in Support of Motion in Limine Re: Evidence Pertaining
to Damages Incurred by Undocumented "Members" - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of April, 2002, a true and correct copy of the foregoing document was served on the below listed individuals by the method indicated below:

| | |
|---|---|
| Mary S. Hobson, ISB#2142<br>STOEL RIVES<br>101 South Capitol Blvd., Suite 1900<br>Boise, ID 83702<br>**Fax: 389-9040** | X Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>___ Facsimile |
| John M. Eriksson, Esq.<br>STOEL RIVES<br>One Utah Center<br>201 S. Main St. Suite 1100<br>Salt Lake City, UT 84111<br>**Fax: 801-578-6999** | ___ Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>X Facsimile |
| Brett T. DeLange<br>Deputy Attorney General<br>Consumer Protection Unit<br>Office of the Attorney General<br>Len B. Jordan Building, Lower Level<br>700 West Jefferson Street, Room 210<br>P. O. Box 83720<br>Boise, ID   83720-0010<br>**Fax: 334-2830** | X Hand Delivered<br>___ U.S. Mail<br>___ Overnight Mail<br>___ Facsimile |

_____
Charles F. Wheatley, Jr.
Robert C. Huntley

SRVEA's Memorandum in Opposition to PacifiCorp's Motion and
Memorandum in Support of Motion in Limine Re: Evidence Pertaining
to Damages Incurred by Undocumented "Members" - 4

# Appendix A

## RATIFICATION AGREEMENT

In consideration for the right of the undersigned member/owner of the Snake River Valley Electric Association ("SRVEA") to purchase energy through SRVEA as "Buyer", on the terms and conditions set forth in the Agreement (as defined herein) attached hereto, the undersigned member/owner, having received a copy and reviewed the Agreement, hereby (1) confirms, approves and ratifies all of the terms and conditions contained in that certain Power Purchase and Sale Agreement entered into effective (the "Effective Date") as of the ___ day of February, 1997 by and between Enron Power Marketing, Inc. as Seller and SRVEA, individually and collectively with its individual members who ratify the Agreement in a manner substantially hereto as "Buyer" (the "Agreement"), (2) agrees, as a member/owner of SRVEA, to purchase from SRVEA all of the undersigned's electric energy requirements for a term not less than the Delivery Term (as defined in the Agreement) and (3) agrees that if a Triggering Event (as defined in the Agreement) occurs with respect to SRVEA, then EPMI shall have the option (but not the obligation) to require the undersigned to purchase its pro rata share (based upon the nominated (forecasted) energy requirements of such member/owner as set forth in this Ratification Agreement) of the Contract Quantity (as defined in the Agreement) directly from EPMI, or indirectly through EPMI's agent, on terms substantially similar to those set forth in the Agreement.

Snake River Valley Electric Association hereby joins in the execution of this Ratification Agreement to verify the undersigned is a member/owner of SRVEA, that the undersigned has committed to purchase all of such member's/owner's electric energy requirements (the "Load") for a term not less than the Delivery Term from SRVEA and that the undersigned member/owner has represented to SRVEA that such member's/owner's Load is forecasted to be as set forth in this Ratification Agreement.

### FORECASTED ENERGY REQUIREMENTS:

| Period | Monthly Demand/Usage | |
|---|---|---|
| Summer Period (5/1 - 9/15) | 80 | hp |
| Summer Period (5/1 - 9/15) | 20,930 | kwh's |
| Winter Period (9/16 - 4/30)  /mo kwhs Summer | 29,280 | kwh's |

The undersigned parties, by their respective duly authorized representatives, have executed this Ratification Agreement this June day of 22, 1997.

Company Name (if applicable): _____    SNAKE RIVER VALLEY
                                                    ELECTRIC ASSOCIATION

Signature: _C. R. Scott_                 Signature: _Del Ray Kahn_
Print Name: _C. R. Scott_                Print Name: _DEL RAY KAHN_
Print Title: _Sec/tres_                  Print Title: _President_
_Glenwood Snakeo Products Inc._

